Jeffrey D. Cawdrey (SBN: 120488)
Megan M. Adeyemo (CO BN: 36271)(*Pro Hac Vice*)
GORDON & REES LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Debtor
S.T. Moll, Inc. d/b/a Integrity Tire

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | CASE NO. 6:14-BK-12175-MJ |
| | Chapter 11 |
| S.T. MOLL, INC., D/B/A INTEGRITY TIRE AUTO SERVICE CENTER, | **GORDON & REES LLP'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2014 THROUGH APRIL 30, 2014** |
| Debtor. | Date: None Set<br>Time: None Set<br>Courtroom: 301<br>Judge: Meredith A. Jury |

TO THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:

Gordon & Rees LLP (the "Applicant"), submits its Monthly Fee Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period April 1, 2014 through April 30, 2014 (the "Interim Period") for work performed as general bankruptcy counsel. In support of this Application, the Applicant respectfully represents as follows:

1. The Applicant is general bankruptcy counsel to S.T. Moll, Inc. ("Debtor"). The

- 1 -

1 Applicant hereby applies to the Court for allowance and payment of interim compensation for

2 services rendered and reimbursement of expenses incurred during the Interim Period.

3     2.    The Applicant billed a total of $7,368.50 in fees and expenses during the Interim

4 Period. The total fees represent 21.7 hours expended during the period covered by this

5 Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 1 2014 – April 30, 2014 | $ 7,368.50 | $ 153.28 | $ 7,521.78 |

8     3.    Accordingly, the Applicant seeks allowance of interim compensation in the

9 amount of $6,048.08 at this time. This total is comprised as follows: $5,894.80 (80% of the fees

10 for services rendered) plus $153.28 (100% of the expenses incurred).

11     4.    Attached as **Exhibit "A"** hereto is the name of each professional who performed

12 services in connection with this case during the period covered by this Application and the

13 hourly rate for each such professional. Attached hereto as **Exhibit "B"** are the detailed time and

14 expense statements for the Interim Period.

15     5.    The Applicant has served a copy of this Application on the Office of the United

16 States Trustee, and Debtor. The Application was mailed by first class mail, postage prepaid, on

17 or about April 21, 2014. Notice of the filing of this Application was served on the foregoing

18 parties as well as any secured lender and any party who has requested special notice in this

19 chapter 11 case as of the date of the Notice. The Notice was mailed by first class mail, postage

20 prepaid, on or about June 25, 2014.

21     6.    Pursuant to this Court's *Order Authorizing Interim Fee Procedures* which was

22 entered on or about April 15, 2014, the above-captioned debtor is authorized to make

23 payments requested herein without a further hearing or order of this Court unless an objection to

24 this Application is filed and served within ten (10) calendar days after the date of mailing of the

25 Notice of this Application. If such an objection is filed, the debtor is authorized to pay 80% of

26 the uncontested fees and 100% of the uncontested expenses.

27     7.    The interim compensation and reimbursement of expenses sought in this

**Gordon & Rees LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

1  Application is not final.  Upon the conclusion of this case, the Applicant will seek fees and

2  reimbursement of the expenses incurred for the totality of the services rendered in this case.  Any

3  interim fees or reimbursement of expenses approved by this Court and received by the Firm

4  (along with any retainer) will be credited against such final fees and expenses as may be allowed

5  by this Court.

6      WHEREFORE, the Applicant respectfully requests that the above-captioned debtor pay

7  compensation to the Applicant as requested herein pursuant to and in accordance with the terms

8  of the *Order Authorizing Interim Fee Procedures*.

9  Dated:  June 25, 2014                          GORDON & REES LLP

11                                                       By:   */s/ Megan M. Adeyemo*
12                                                                  Jeffrey D. Cawdrey
                                                                 Megan M. Adeyemo
13                                                                   Attorneys for Debtor S.T. Moll, Inc.

**Gordon & Rees LLP**
101 W. Broadway, Suite 2000
San Diego, CA  92101

1094637/19956151v.1

- 3 -