# EXHIBIT B

# GORDON & REES LLP

www.gordonrees.com
275 Battery Street, 20th Floor
San Francisco, California  94111
(415) 986-5900
Tax ID: 94-1617026

Steve W. Moll
President
S.T. Moll, Inc.
3223 W. Florida Avenue
Hemet, CA  92343

April 16, 2014
ID: STMOLL  1094637
Invoice No. 20197925
Cawdrey, Jeffrey D

RE: Chapter 11 Bankruptcy

## BILLING SUMMARY THROUGH March 31, 2014

| | |
|---|---|
| Fees For Professional Services: | $21,239.50 |
| Expenses and Advances: | 1,528.59 |
| **Current Bill:** | **$22,768.09** |
| Previous Balance Due: | $9,186.00 |
| **Total Balance Due:** | **$31,954.09** |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.                                                                                         April 16, 2014
ID: STMOLL 1094637                                                                                      Page 2
Invoice No.: 20197925

# Professional Services

## Professional Services – B110 Case Administration

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|------|---------------------------------------|------|-------|--------|
| 03/03/14 | \|B110\|\|0\|\|\| Prepare email to E. Green regarding seven day package (.1); prepare email to S. Moll regarding same (.1) | MMA1 | 0.20 | 70.00 |
| 03/04/14 | \|B110\|\|0\|\|\| Review email from E. Green regarding extension of 7-day package deadline (.1); review and respond to emails from C. Schell regarding insurance certificates for 7-day package (.2) | MMA1 | 0.30 | 105.00 |
| 03/04/14 | \|B110\|\|0\|\|\| Email with Mr. Moll regarding payroll and payroll taxes including review of first day motion | JDC | 0.20 | 90.00 |
| 03/05/14 | \|B110\|\|0\|\|\| Review and respond to emails from S. Moll regarding preparation of monthly operating report (.2); telephone conference with S. Moll regarding same (.2) | MMA1 | 0.40 | 140.00 |
| 03/05/14 | \|B110\|\|0\|\|\| Email from SCE regarding utilities; telephone and email to Ms. Gevondyan of SCE regarding same | JDC | 0.20 | 90.00 |
| 03/06/14 | \|B110\|\|0\|\|\| Review and execute 7 day package checklist and review 7 day packet submissions | JDC | 0.30 | 135.00 |
| 03/06/14 | \|B110\|\|0\|\|\| Conference with attorney Adeyemo regarding 7 day package | JDC | 0.10 | 45.00 |
| 03/06/14 | \|B110\|\|0\|\|\| Review law and conference with attorney Adeyemo regarding utility adequate assurance | JDC | 0.30 | 135.00 |
| 03/06/14 | \|B110\|\|0\|\|\| Review and revise seven day package (1.0); telephone conference with S. Moll regarding same and monthly operating report requirements (.2); prepare emails to S. Moll regarding same and review responses (.2); telephone call to E. Green regarding monthly operating report and cash issues (.1); telephone call to SCE counsel regarding adequate assurance deposit (.1); telephone conference with SCE counsel regarding same (.3); prepare email to C. Schell regarding insurance certificates and review responses (.2); review and respond to email from State Farm representative regarding auto insurance certificates (.1) | MMA1 | 2.10 | 735.00 |
| 03/07/14 | \|B110\|\|0\|\|\| Review and respond to emails from C. Schell regarding insurance requirements for seven day package (.3); prepare statement of issues and timetable for same (.7); review | MMA1 | 1.40 | 490.00 |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.                                                          April 16, 2014
ID: STMOLL 1094637                                                       Page 3
Invoice No.: 20197925

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|------|--------------------------------------|------|-------|--------|
| | and revise supplemental seven day package (.4) | | | |
| 03/07/14 | \|B110\|\|0\|\|\| Telephone call to E. Green regarding debit card | MMA1 | 0.10 | 35.00 |
| 03/07/14 | \|B110\|\|0\|\|\| Review and revise order on first day motions | JDC | 0.30 | 135.00 |
| 03/09/14 | \|B110\|\|0\|\|\| Prepare email to M. Cabera regarding insurance policies | MMA1 | 0.10 | 35.00 |
| 03/10/14 | \|B110\|\|0\|\|\| Telephone call to E. Green regarding use of debit card | MMA1 | 0.10 | 35.00 |
| 03/10/14 | \|B110\|\|0\|\|\| Email with Mr. Moll regarding need for debit card | JDC | 0.10 | 45.00 |
| 03/10/14 | \|B110\|\|0\|\|\| Review order approving first day motions | JDC | 0.10 | 45.00 |
| 03/10/14 | \|B110\|\|0\|\|\| Telephone conference with Mr. Moll regarding utilities, purchasing, taxes, IDI | JDC | 0.20 | 90.00 |
| 03/10/14 | \|B110\|\|0\|\|\| Telephone to SCE representative regarding utility deposit and conference with attorney Adeyemo regarding same and follow up | JDC | 0.10 | 45.00 |
| 03/11/14 | \|B110\|\|0\|\|\| Prepare email to E. Green regarding use of debit card | MMA1 | 0.10 | 35.00 |
| 03/11/14 | \|B110\|\|0\|\|\| Conference with attorney Adeyemo regarding SCE response to utility adequate protection | JDC | 0.10 | 45.00 |
| 03/12/14 | \|B110\|\|0\|\|\| Email with City of Hemet water regarding adequate assurance | JDC | 0.20 | 90.00 |
| 03/12/14 | \|B110\|\|0\|\|\| Email with attorney Adeyemo regarding IDI | JDC | 0.10 | 45.00 |
| 03/13/14 | \|B110\|\|0\|\|\| Telephone conference with J. Cawdrey regarding initial debtor interview, revisions to schedules and pending case administration matters | MMA1 | 0.40 | 140.00 |
| 03/13/14 | \|B110\|\|0\|\|\| Post IDI meeting with Mr. Moll regarding operating issues including suppliers, landlords, SCE, accountant, income and expenses | JDC | 0.50 | 225.00 |
| 03/13/14 | \|B110\|\|0\|\|\| Telephone conference with attorney Adeyemo regarding action issues including employment of accountant, amendment of schedules, landlord, SCE | JDC | 0.20 | 90.00 |
| 03/13/14 | \|B110\|\|0\|\|\| Travel to meeting with office of UST for IDI | JDC | 1.50 | 675.00 |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.                                                                April 16, 2014
ID: STMOLL 1094637                                                             Page 4
Invoice No.: 20197925

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 03/13/14 | \|B110\|\|0\|\|\| Review of submissions to UST and prepare for IDI | JDC | 0.30 | 135.00 |
| 03/13/14 | \|B110\|\|0\|\|\| Attend IDI | JDC | 1.00 | 450.00 |
| 03/13/14 | \|B110\|\|0\|\|\| Return travel from meeting with office of UST for IDI | JDC | 1.50 | 675.00 |
| 03/18/14 | \|B110\|\|0\|\|\| Prepare email to W. Griego regarding supplement to 7-day package | MMA1 | 0.10 | 35.00 |
| 03/19/14 | \|B110\|\|0\|\|\| Telephone from and to attorney Coscino regarding lessor | JDC | 0.10 | 45.00 |
| 03/20/14 | \|B110\|\|0\|\|\| Conference with W. Griego regarding preparation of amended schedules (.2); telephone conference with S. Moll regarding same and other pending matters (.5) | MMA1 | 0.70 | 245.00 |
| 03/20/14 | \|B110\|\|0\|\|\| Telephone conference with S. Moll regarding monthly operating report (.4); prepare emails to D. Mehra regarding deadline to file proof of claim and review responses (.2); prepare email to D. Mehra regarding filing of combined or separate reports for stub month (.1) | MMA1 | 0.70 | 245.00 |
| 03/21/14 | \|B110\|\|0\|\|\| Review and respond to emails from D. Mehra regarding February monthly operating report (.1); prepare emails to S. Moll regarding same and review responses (.1) | MMA1 | 0.20 | 70.00 |
| 03/24/14 | \|B110\|\|0\|\|\| Review and respond to email from C. Schell regarding insurance policies | MMA1 | 0.10 | 35.00 |
| 03/24/14 | \|B110\|\|0\|\|\| Prepare email to S. Moll regarding status of payment to SCE (.1); commence preparation of SCE stipulation regarding adequate assurance (.2) | MMA1 | 0.30 | 105.00 |
| 03/24/14 | \|B110\|\|0\|\|\| Review and revise schedule amendments | MMA1 | 0.20 | 70.00 |
| 03/24/14 | \|B110\|\|0\|\|\| Telephone conference with S. Moll regarding preparation of monthly operating report | MMA1 | 0.50 | 175.00 |
| 03/25/14 | \|B110\|\|0\|\|\| Telephone conference with S. Moll regarding revisions to monthly operating report (.6); review and respond to email from S. Moll regarding preparation of monthly operating report (.1) | MMA1 | 0.70 | 245.00 |
| 03/25/14 | \|B110\|\|0\|\|\| Conference with attorney Adeyemo regarding MORs | JDC | 0.10 | 45.00 |
| 03/25/14 | \|B110\|\|0\|\|\| Conference with attorney Adeyemo regarding leases | JDC | 0.10 | 45.00 |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.
ID: STMOLL 1094637
Invoice No.: 20197925

April 16, 2014
Page 5

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| | and extension of time to assume/reject | | | |
| 03/25/14 | \|B110\|\|0\|\|\| Review and revise amended schedules | MMA1 | 0.20 | 70.00 |
| 03/26/14 | \|B110\|\|0\|\|\| Prepare email to S. Moll regarding status of adequate assurance payment to SCE (.1); review and respond to email from M. Gevondyan regarding same (.2) | MMA1 | 0.30 | 105.00 |
| 03/27/14 | \|B110\|\|0\|\|\| Prepare email to client office staff regarding bank statements for monthly operating report | MMA1 | 0.10 | 35.00 |
| 03/28/14 | \|B110\|\|0\|\|\| Review and revise monthly operating report (.4); prepare email to S. Moll regarding same (.1) | MMA1 | 0.50 | 175.00 |
| 03/29/14 | \|B110\|\|0\|\|\| Review and respond to email from S. Moll regarding monthly operating report petty cash accounts | MMA1 | 0.10 | 35.00 |
| 03/31/14 | \|B110\|\|0\|\|\| Revise stipulation with SCE (.1); prepare emails to S. Moll regarding same and review responses (.1); telephone conference with S. Moll regarding same (.1); review and respond to emails from M. Gevondyan regarding same (.2) | MMA1 | 0.50 | 175.00 |
| 03/31/14 | \|B110\|\|0\|\|\| Telephone conference with S. Moll regarding revisions to monthly operating report (.1); review and revise monthly operating report (.6); telephone conference with S. Moll regarding revised monthly operating report and pending matters (.3); review and revise claims bar date motion and order (.3) | MMA1 | 1.30 | 455.00 |
| 03/31/14 | \|B110\|\|0\|\|\| Conference with attorney Adeyemo regarding claims bar date | JDC | 0.10 | 45.00 |

**Totals for B110 Case Administration**                                   7,560.00

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.                                                                                   April 16, 2014
ID: STMOLL 1094637                                                                        Page 6
Invoice No.: 20197925

## Professional Services – B140 Relief from Stay Proceedings

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|------|--------------------------------------|------|-------|--------|
| 03/26/14 | \|B140\|\|0\|\|\| Amend disclosure of compensation of attorney for debtor | WCG | 0.50 | 97.50 |
| 03/27/14 | \|B140\|\|0\|\|\| Prepare and draft motion to set bar claims date (No Charge 1.0) | WCG | 2.50 | 292.50 |
| **Totals for B140 Relief from Stay Proceedings** | | | | 390.00 |

S.T. Moll, Inc.                                                                  April 16, 2014
ID: STMOLL 1094637                                                               Page 7
Invoice No.: 20197925

## Professional Services – B160 Fee/Employment Applications

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 03/10/14 | \|B160\|\|0\|\|\| Prepare application to employ Gordon & Rees and declaration in support (1.9); prepare motion for interim fee applications (2.1 ) | MMA1 | 4.00 | 1,400.00 |
| 03/11/14 | \|B160\|\|0\|\|\| Continue to prepare motion for monthly fee payment procedure | MMA1 | 2.30 | 805.00 |
| 03/11/14 | \|B160\|\|0\|\|\| Conference with attorney Adeyemo regarding employment and compensation motions | JDC | 0.10 | 45.00 |
| 03/13/14 | \|B160\|\|0\|\|\| Review and respond to email from S. Moll regarding employment of accountant | MMA1 | 0.10 | 35.00 |
| 03/17/14 | \|B160\|\|0\|\|\| Revise motion for monthly fee payments | MMA1 | 0.40 | 140.00 |
| 03/17/14 | \|B160\|\|0\|\|\| Review motion for Knudsen order and conference with attorney Adeyemo regarding augmenting same | JDC | 0.30 | 135.00 |
| 03/18/14 | \|B160\|\|0\|\|\| Continue to prepare application to employ Gordon & Rees (.2); continue to prepare motion for periodic fee payments (.3); prepare email to S. Moll regarding same (.1) | MMA1 | 0.60 | 210.00 |
| 03/19/14 | \|B160\|\|0\|\|\| Prepare email to S. Moll regarding application to employ and motion for monthly fee payments and review response (.2); review and revise notice of application to employ (.2); review and revise notice of motion for interim fee applications (.2) | MMA1 | 0.60 | 210.00 |
| 03/20/14 | \|B160\|\|0\|\|\| Telephone conference with Barry at BitCo regarding application to employ as accountant | MMA1 | 0.30 | 105.00 |
| 03/24/14 | \|B160\|\|0\|\|\| Prepare email to proposed accountant regarding application to employ | MMA1 | 0.20 | 70.00 |

**Totals for B160 Fee/Employment Applications**                                                          3,155.00

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.                                          April 16, 2014
ID: STMOLL 1094637                                       Page 8
Invoice No.: 20197925

## Professional Services – B210 Business Operations

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 03/03/14 | \|B210\|\|0\|\|\| Review and analyze correspondence from SCE demanding adequate assurance (.1); telephone call to M. Gevondyan regarding same (.1); prepare email to M. Gevondyan regarding same (.1) | MMA1 | 0.30 | 105.00 |
| 03/05/14 | \|B210\|\|0\|\|\| Review email from Mr. Moll regarding Goodyear account | JDC | 0.10 | 45.00 |
| 03/05/14 | \|B210\|\|0\|\|\| Review and respond to emails from S. Moll regarding payments to critical vendors | MMA1 | 0.20 | 70.00 |
| 03/06/14 | \|B210\|\|0\|\|\| Prepare order granting omnibus emergency first day motion | MMA1 | 1.10 | 385.00 |
| 03/07/14 | \|B210\|\|0\|\|\| Prepare email to S. Moll regarding SCE's adequate assurance demand (.1); review and respond to email from M. Gevondyan regarding same (.1) | MMA1 | 0.20 | 70.00 |
| 03/10/14 | \|B210\|\|0\|\|\| Telephone conference with J. Cawdrey regarding SCE adequate assurance demand (.2); review and respond to emails from M. Gevondyan regarding SCE adequate assurance demand (.2); prepare email to S. Moll regarding same (.1); telephone conference with M. Gevondyan regarding same (.3) | MMA1 | 0.80 | 280.00 |
| 03/11/14 | \|B210\|\|0\|\|\| Review and respond to emails from SCE counsel, M. Gendovyan regarding adequate assurance demand (.2); telephone conference with J. Cawdrey regarding same (.1); telephone conference with S. Moll regarding same (.2); telephone conference with M. Gendovyan regarding same (.3) | MMA1 | 0.80 | 280.00 |
| 03/12/14 | \|B210\|\|0\|\|\| Telephone conference with S. Moll regarding adequate assurance offer with SCE (.3); review and respond to emails from M. Gevondyan regarding same (.2) | MMA1 | 0.50 | 175.00 |
| 03/13/14 | \|B210\|\|0\|\|\| Prepare email to M. Gevondyan regarding SCE's adequate assurance demand (.1); review and respond to email from S. Moll regarding Hemet store lease (.1) | MMA1 | 0.20 | 70.00 |
| 03/14/14 | \|B210\|\|0\|\|\| Prepare email to S. Moll regarding agreement with SCE for adequate assurance and insider payments and review response (.2); review and respond to emails from M. Gevondyan, counsel for SCE, regarding adequate assurance | MMA1 | 0.40 | 140.00 |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.                                                          April 16, 2014
ID: STMOLL 1094637                                                       Page 9
Invoice No.: 20197925

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|------|---------------------------------------|------|-------|--------|
| | stipulation (.2) | | | |
| 03/18/14 | \|B210\|\|0\|\|\| Telephone call to Hemet landlord regarding CAM charges | MMA1 | 0.10 | 35.00 |
| 03/19/14 | \|B210\|\|0\|\|\| Telephone to Mr. Bauer of Dapper/Goodyear regarding vendor relationship; email with Mr. Moll regarding same and administration issues | JDC | 0.20 | 90.00 |
| 03/20/14 | \|B210\|\|0\|\|\| Prepare declarations of no-opposition for insider compensation | MMA1 | 1.40 | 490.00 |
| 03/21/14 | \|B210\|\|0\|\|\| Telephone from and to attorney Franklin regarding Goodyear; review schedules; email to Ms. Franklin and email to Mr. Moll regarding same | JDC | 0.30 | 135.00 |
| 03/24/14 | \|B210\|\|0\|\|\| Telephone conference with Stater Bros. Markets regarding San Bernadino lease (.2); telephone call to A. Kabaklian, Athena Property Management, regarding CAM charges (.1); telephone call to L. Richie regarding Moreno Valley lease (.1); prepare email to S. Moll regarding same (.1); telephone conference with L. Richie regarding extension of deadline to assume or reject for Moreno Valley (.3); prepare email to S. Moll regarding Moreno valley lease (.1) | MMA1 | 0.80 | 280.00 |
| 03/24/14 | \|B210\|\|0\|\|\| Telephone conference with Mr. Moll regarding Goodyear, Hemet lease | JDC | 0.20 | 90.00 |
| 03/24/14 | \|B210\|\|0\|\|\| Telephone from and to and email to attorney Coscino regarding Hemet lease | JDC | 0.20 | 90.00 |
| 03/24/14 | \|B210\|\|0\|\|\| Telephone and email to attorney Franklin regarding Goodyear; email to Mr. Moll regarding same | JDC | 0.20 | 90.00 |
| 03/24/14 | \|B210\|\|0\|\|\| Conference with attorney Adeyemo regarding Goodyear; telephone to attorney Franklin regarding same | JDC | 0.10 | 45.00 |
| 03/25/14 | \|B210\|\|0\|\|\| Prepare email to counsel for Hemet landlord regarding stipulation to extend deadline to assume or reject lease (.1); review and respond to email from S. Moll regarding Moreno Valley store lease negotiations (.1) | MMA1 | 0.20 | 70.00 |
| 03/25/14 | \|B210\|\|0\|\|\| Review and analyze email from counsel for Goodyear, B. Franklin, regarding past due amount (.2); prepare emails to S. Moll regarding same (.2); telephone conference with S. Moll regarding same (.3); telephone conference with J. Cawdrey | MMA1 | 0.90 | 315.00 |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.
ID: STMOLL 1094637
Invoice No.: 20197925

April 16, 2014
Page 10

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|------|--------------------------------------|------|-------|--------|
|  | regarding same (.2 ) | | | |
| 03/25/14 | \|B210\|\|0\|\|\| Prepare stipulation with SCE (1.4); review and respond to emails from S. Moll regarding status of SCE payment (.2) | MMA1 | 1.60 | 560.00 |
| 03/25/14 | \|B210\|\|0\|\|\| Email from and to attorney Franklin regarding Dapper/Goodyear and review attached statement from Ms. Franklin | JDC | 0.20 | 90.00 |
| 03/25/14 | \|B210\|\|0\|\|\| Review email from Mr. Moll regarding Dapper account statement and accounting for credits and work (.1); follow up email to attorney Franklin with Dapper/Goodyear accounting (.3) | JDC | 0.30 | 135.00 |
| 03/25/14 | \|B210\|\|0\|\|\| Conference and emails with attorney Adeyemo regarding Dapper/Goodyear statement , payments and credits | JDC | 0.20 | 90.00 |
| 03/26/14 | \|B210\|\|0\|\|\| Review and analyze Goodyear agreement for termination provisions and analyze strategy regarding postpetition performance | MMA1 | 0.50 | 175.00 |
| 03/26/14 | \|B210\|\|0\|\|\| Follow up email to attorney Franklin regarding Goodyear account and account statement | JDC | 0.30 | 135.00 |
| 03/26/14 | \|B210\|\|0\|\|\| Review and analysis of Goodyear dealer agreement | JDC | 0.50 | 225.00 |
| 03/26/14 | \|B210\|\|0\|\|\| Emails from Mr. Moll regarding status of Goodyear account and review Tire-HQ printout | JDC | 0.20 | 90.00 |
| 03/26/14 | \|B210\|\|0\|\|\| Telephone and emails to attorney Franklin regarding Goodyear dealer account | JDC | 0.40 | 180.00 |
| 03/26/14 | \|B210\|\|0\|\|\| Email with attorney Coscino regarding landlord | JDC | 0.10 | 45.00 |
| 03/26/14 | \|B210\|\|0\|\|\| Telephone with attorney Franklin regarding Goodyear dealer account and account statement | JDC | 0.40 | 180.00 |
| 03/26/14 | \|B210\|\|0\|\|\| Telephone conference with Mr. Moll regarding telecon with attorney Franklin and regarding Goodyear account and account statement | JDC | 0.20 | 90.00 |
| 03/27/14 | \|B210\|\|0\|\|\| Telephone conference with S. Moll regarding SCE adequate assurance payment (.1); prepare email to M. Gevondyan regarding same (.1); review and analyze SCE revisions to adequate assurance stipulation (.2); revise adequate | MMA1 | 1.30 | 455.00 |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.                                         April 16, 2014
ID: STMOLL 1094637                                      Page 11
Invoice No.: 20197925

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| | assurance stipulation (.5); prepare emails to M. Gevondyan regarding same (.3 ); prepare email to S. Moll and client office staff regarding status of adequate assurance payment and review responses (.1) | | | |
| 03/28/14 | \|B210\|\|0\|\|\| Email from Mr. Moll regarding Goodyear, Dapper account shut off | JDC | 0.10 | 45.00 |
| 03/28/14 | \|B210\|\|0\|\|\| Telephone to and telephone conference with attorney Franklin regarding Goodyear, Dapper account shut off and balance | JDC | 0.30 | 135.00 |
| 03/28/14 | \|B210\|\|0\|\|\| Conference with attorney Adeyemo regarding Goodyear, Dapper account and email to attorney Franklin | JDC | 0.10 | 45.00 |
| 03/28/14 | \|B210\|\|0\|\|\| Follow up email with Mr. Moll regarding resumption of Goodyear account | JDC | 0.10 | 45.00 |
| 03/28/14 | \|B210\|\|0\|\|\| Review and respond to email from M. Gevondyan regarding SCE adequate assurance stipulation (.1); telephone conference with M. Gevondyan regarding same (.3); revise adequate assurance stipulation (.1); prepare email to M. Gevondyan regarding same (.1); review and respond to emails from S. Moll regarding status of SCE payment (.2); prepare email to S. Moll regarding payment of SCE adequate assurance payment (.1); telephone conference with S. Moll regarding Goodyear/Dapper Tire account issue (.2); telephone conferences with J. Cawdrey regarding same (.2); prepare email to B. Franklin, counsel for Goodyear, regarding same (.1) | MMA1 | 1.40 | 490.00 |
| 03/31/14 | \|B210\|\|0\|\|\| Conference with attorney Adeyemo regarding landlords, motion to extend time to assume or reject leases | JDC | 0.10 | 45.00 |
| 03/31/14 | \|B210\|\|0\|\|\| Telephone call to V. Coscino regarding Hemet lease | MMA1 | 0.10 | 35.00 |

**Totals for B210 Business Operations**                                          6,640.00

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.                                                              April 16, 2014
ID: STMOLL 1094637                                                           Page 12
Invoice No.: 20197925

## Professional Services – B230 Financing

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|------|---------------------------------------|------|-------|--------|
| 03/14/14 | \|B230\|\|0\|\|\| Email with Mr. Terry regarding cash collateral stipulation and follow up regarding same | JDC | 0.20 | 90.00 |
| 03/24/14 | \|B230\|\|0\|\|\| Prepare email to S. Moll regarding status of payment to SMS Financial | MMA1 | 0.10 | 35.00 |
| 03/27/14 | \|B230\|\|0\|\|\| Review email from attorney Terry regarding payment to SMS; email to Mr. Moll regarding same; review attorney Adeyemo email regarding payment | JDC | 0.20 | 90.00 |
| 03/27/14 | \|B230\|\|0\|\|\| Review and respond to emails from W. Terry regarding SMS payment for March (.2); telephone call to W. Terry regarding same (.1); telephone conference with S. Moll regarding same (.2); prepare emails to S. Moll and client office staff regarding same and review responses (.2) | MMA1 | 0.70 | 245.00 |

**Totals for B230 Financing**                                                           460.00

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.
ID: STMOLL 1094637
Invoice No.: 20197925

April 16, 2014
Page 13

## Professional Services – B310 Claims Administration and Objections

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|------|----------------------------------------|------|-------|--------|
| 03/04/14 | \|B310\|\|0\|\|\| Prepare 7-day package forms and attachments | WCG | 4.00 | 780.00 |
| 03/05/14 | \|B310\|\|0\|\|\| Continue to prepare 7-day package forms and attachments | WCG | 3.00 | 585.00 |
| 03/06/14 | \|B310\|\|0\|\|\| Analyze and prepare financial statements and forms as required in the 7-day package (No Charge .8) | WCG | 1.50 | 136.50 |
| 03/11/14 | \|B310\|\|0\|\|\| Prepare list of utility providers fo service of omnibus first day motion | WCG | 1.00 | 195.00 |
| 03/18/14 | \|B310\|\|0\|\|\| Commence preparation of amended schedules, matrix and related documents (1.5); prepare emails to S. Moll regarding insider loan statements for schedule amendment (.5) | WCG | 2.00 | 390.00 |
| 03/20/14 | \|B310\|\|0\|\|\| Continue to prepare amended schedules, matrix and related documents | WCG | 2.00 | 390.00 |
| 03/20/14 | \|B310\|\|0\|\|\| Review Sherri Knight wage claim | JDC | 0.20 | 90.00 |
| 03/21/14 | \|B310\|\|0\|\|\| Continue to prepare amended schedules (.5); amend list of top twenty creditors (.5); prepare declarations for same (.4); amend master mailing matrix (.5); conference with Megan Adeyemo and Glenda Huebscher regarding same (.5) | WCG | 2.40 | 468.00 |

**Totals for B310 Claims Administration and Objections**                                     3,034.50

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.
ID: STMOLL 1094637
Invoice No.: 20197925

April 16, 2014
Page 14

## Professional Services by Phase Code

| Phase | Description | Hours | Amount |
|-------|-------------|-------|--------|
| B110 | Case Administration | 19.40 | 7,560.00 |
| B140 | Relief from Stay Proceedings | 3.00 | 390.00 |
| B160 | Fee/Employment Applications | 8.90 | 3,155.00 |
| B210 | Business Operations | 17.60 | 6,640.00 |
| B230 | Financing | 1.20 | 460.00 |
| B310 | Claims Administration and Objections | 16.10 | 3,034.50 |

## Services Recap

| Init | Name | Title | Rate | Hours | Amount |
|------|------|-------|------|-------|--------|
| JDC | Jeffrey Cawdrey | Senior Partner | 450.00 | 13.50 | 6,075.00 |
| MMA1 | Megan Adeyemo | Senior Counsel | 350.00 | 33.80 | 11,830.00 |
| WCG | William Griego | Paralegal | 195.00 | 18.90 | 3,334.50 |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.                                                                    April 16, 2014
ID: STMOLL 1094637                                                                 Page 15
Invoice No.: 20197925

# Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 02/23/14 | Out of Town Travel - VENDOR: Jeffrey D. Cawdrey INVOICE#: CREX0521349103111853 DATE: 3/11/2014 Mileage - 218.00 miles @ .56 per mile, Round trip travel from San Diego to Riverside, California for appearance at First Day Omnibus Motions, Round trip travel from San Diego to Riverside, California for appearance at First Day Omnibus Motions, 02/23/14/JCawdrey/DL4 | 122.08 |
| 02/23/14 | Out of Town Travel - VENDOR: Jeffrey D. Cawdrey INVOICE#: CREX0521349103111853 DATE: 3/11/2014 Parking, Round trip travel from San Diego to Riverside, California for appearance at First Day Omnibus Motions, 02/23/14/JCawdrey/DL4 | 12.00 |
| 02/23/14 | Filing Fees - VENDOR: Jeffrey D. Cawdrey INVOICE#: CREX0521350803111853 DATE: 3/11/2014 Filing Fees and Related, BK Filing Fee for Filing Emergency Chapter 11 Petition, BK Fling Fee for Filing Emergency Chapter 11 Petition, 02/23/14/JCawdrey/DL4 | 1,213.00 |
| 02/26/14 | Messenger Service - VENDOR: Federal Express Corporation INVOICE#: 258101274 DATE: 3/7/2014 FedEx service for 258101274,798048276470,Delivery service fees of 18.57 to Attn  Fiscal, 312 N SPRING ST/LOS ANGELES CA 90012 re: 4076/Chapter 11 Bankruptcy | 18.57 |
| 02/28/14 | Messenger Service - VENDOR: Federal Express Corporation INVOICE#: 258101274 DATE: 3/7/2014 FedEx service for 258101274,798064581350,Delivery service fees of 18.57 to Judge Meredith A  Jury, 3420 12TH ST/RIVERSIDE CA 92501 re: 4076/Chapter 11 Bankruptcy | 18.57 |
| 03/10/14 | Messenger Service - VENDOR: Federal Express Corporation INVOICE#: 258831581 DATE: 3/14/2014 FedEx service for 258831581,798171149578,Delivery service fees of 18.57 to Judge Meredith A  Jury, 3420 12TH ST/RIVERSIDE CA 92501 re: 4076/Chapter 11 Bankruptcy | 18.57 |
| 03/18/14 | Out of Town Travel - VENDOR: Jeffrey D. Cawdrey INVOICE#: CREX0531361603212234 DATE: 3/21/2014 Mileage - 210.00 miles @ .56 per mile, Travel from San Diego To Riverside to attend U. S. Trustee meeting, Roundtrip travel from San Diego to Riverside to attend U.S. Trustee meeting, 03/18/14/JCawdrey/DL4 | 117.60 |
| | Telephone Charges | 8.20 |

TOTAL EXPENSES                                                                     $1,528.59

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.
ID: STMOLL 1094637
Invoice No.: 20197925

April 16, 2014
Page 16

---

# Outstanding Statements as of April 16, 2014

| Invoice Number | Date | Balance Due |
|---|---|---|
| Statement No 20194202 | March 25, 2014 | 9,186.00 |
| **Total Accounts Receivable Balance:** | | **$9,186.00** |

# GORDON & REES LLP
www.gordonrees.com
275 Battery Street, 20th Floor
San Francisco, California  94111
(415) 986-5900
Tax ID: 94-1617026

Steve W. Moll                                          April 16, 2014
President                                              ID: STMOLL  1094637
S.T. Moll, Inc.                                        Invoice No. 20197925
3223 W. Florida Avenue                                 Cawdrey, Jeffrey D
Hemet, CA  92343


RE: Chapter 11 Bankruptcy

---

## BILLING SUMMARY THROUGH March 31, 2014

| | |
|---|---:|
| Fees For Professional Services: | $21,239.50 |
| Expenses and Advances: | 1,528.59 |
| **Current Bill:** | **$22,768.09** |
| Previous Balance Due: | $9,186.00 |
| **Total Balance Due:** | **$31,954.09** |

---

**R E M I T T A N C E   C O P Y**
PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT