# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

555 17th Street, Suite 3400, Denver, CO 80202

A true and correct copy of the foregoing document entitled (*specify*): _____

**APPLICATION FOR AUTHORITY TO EMPLOY CORPORATE RECOVERY ASSOCIATES, LLC AS FINANCIAL ADVISOR**
**and**
**NOTICE OF APPLICATION FOR AUTHORITY TO EMPLOY CORPORATE RECOVERY ASSOCIATES, LLC AS FINANCIAL ADVISOR**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 24, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Everett L Green on behalf of U.S. Trustee United States Trustee (RS), everett.l.green@usdoj.gov
- Wayne R Terry on behalf of Interested Party Courtesy NEF, wterry@hemar-rousso.com
- United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov
- Vincent M. Coscino on behalf of Interested Party Courtesy NEF, vcoscino@allenmatkins.com, jaallen@allenmatkins.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 24, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 24, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- Judge Meredith A. Jury, 3420 Twelfth Street, Suite 325, Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 8, 2014 | Glenda A. Huebscher | /s/ Glenda A. Huebscher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1094637/19909939v.1

June 2012

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:14-bk-12175-MJ<br>Central District Of California<br>Riverside<br>Mon Jun 23 09:27:15 PDT 2014 | Gordon & Rees LLP<br>101 W Broadway Ste 2000<br>San Diego, CA 92101-8221 | S.T. MOLL, Inc.<br>3223 W. Florida Avenue<br>Hemet, CA 92545-3638 |
| Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819 | Aries & Lockwood<br>225 W. Hospitality Lane, Suite 314<br>San Bernardino, CA 92408-3246 | Bank of America N.A.,<br>PO Box 15796<br>Wilmington, DE 19886-5796 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | CALLAHAN AUTO SUPPLY INC<br>DBA NAPA AUTO PARTS<br>1323 W FLORIDA AVE<br>HEMET CA 92543-3911 | CR&R Wast Services<br>11292 Western Avenue<br>Stanton, CA 90680-2912 |
| City of Hemet<br>445 E. Florida Avenue<br>Hemet, CA 92543-4265 | City of San Bernadino<br>P.O. Box 710<br>San Bernardino, CA 92402-0710 | DS Water<br>5660 New Northside Drive<br>Suite 500<br>Atlanta, GA 30328-5826 |
| DSL West<br>P.O. Box 486<br>El Dorado Hills, CA 95762 | Dish Network<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112-5905 | Eastern Municipal Water District<br>P.O. Box 8300<br>Perris, CA 92572-8300 |
| Employment Development Department<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Granite Village West L.P.<br>c/o Vincent M. Coscino, Esq.<br>Allen Matkins, et al.<br>1900 Main Street, Fifth Floor<br>Irvine, CA 92614-7317 | Granite Village West LP<br>c/o Athena Property Management<br>41 Corporate Park, Suite 260<br>Irvine, CA 92606-3105 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Katana Racing, Inc<br>dba Wholesale Tire Distributors<br>16201 Commerce Way<br>Cerritos CA 90703-2324 | Kathy Reed<br>30185 Morse Road<br>Hemet, CA 92544-9663 |
| L & M Tire Company, Inc.<br>1148 Industrial Avenue<br>Escondido, CA 92029-1422 | McClanahan's Tire Recycling (MTR)<br>8585 Banana Avenue<br>Fontana, CA 92335-3019 | NAPA Auto Parts<br>1323 W. Florida Avenue<br>Hemet, CA 92543-3911 |
| O'Reilly Automotive Stores Inc.<br>c/o Zid & O'Biecunas LLP<br>14545 Victory Blvd Suite 404<br>Van Nuys CA 91411-4133 | O'Reilly Automotive Stores, Inc.<br>PO Box 1156<br>Springfield, MO 65801-1156 | Premium Performance Enterprises Inc<br>1405 West Rialto Avenue<br>San Bernardino, CA 92410-1612 |
| SMS Financial LA, LLC<br>Attn: Jonathan Harris, Manager<br>6829 North 12th Street<br>Phoenix, AZ 85014-1109 | SMS Financial, LLC<br>6829 North 12th Street<br>Phoenix, AZ 85014-1109 | Service Distributing<br>72-232 Corporate Way<br>Thousand Palms, CA 92276-3325 |

| | | |
|---|---|---|
| Southern California Edison<br>Attn: Bankruptcy<br>P.O. Box 800<br>Rosemead, CA 91770-0800 | State Board of Equalization<br>Special Operations Branch, MIC:55<br>PO Box 942879<br>Sacramento CA 94279-0055 | Stater Bros. Markets<br>P.O. Box 150<br>San Bernardino, CA 92402-0150 |
| Steven W. Moll<br>3223 W. Florida Avenue<br>Hemet, CA 92545-3638 | The Gas Company<br>SoCalGas<br>P.O. Box 3150<br>San Dimas, CA 91773-7150 | The Goodyear Tire & Rubber Company<br>1144 East Market Street<br>Akron, OH 44316-1001 |
| United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 | Verizon Legal Compliance<br>Custodian of Record<br>TXD01613<br>P.O. Box 1001<br>San Angelo, TX 76902-1001 | Verizon Legal Compliance Custodian of Record<br>P.O. Box 1001<br>San Angelo, TX 76902-1001 |
| Wholesale Tire<br>16201 Commerce Way<br>Cerritos, CA 90703-2324 | Zide & O'Biecunas, LLP<br>14545 Victory Blvd.<br>Van Nuys, CA 91411-1620 | Gary J Holt<br>Law Ofcs. of Gary J. Holt<br>2356 Moore St.<br>Suite 104<br>San Diego, CA 92110-3018 |
| Jeffrey D Cawdrey<br>Gordon & Rees, LLP<br>101 W Broadway,Suite 2000<br>San Diego, CA 92101-8221 | Megan M Adeyemo<br>Gordon & Rees LLP<br>555 Seventeenth St Ste 3400<br>Denver, CO 80202-3937 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Board of Equalization<br>Special Taxes and Fees<br>P. O. Box 942879<br>Sacramento, CA 94279 | INTERNAL REVENUE SERVICE<br>STOP: INSOLVENCY<br>290 NORTH D STREET<br>SAN BERNARDINO, CA  92401-1734 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (d)Gordon & Rees LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101-8221 | (d)DS Water<br>5660 New Northside Drive Suite 500<br>Atlanta, GA 30328-5826 |

End of Label Matrix<br>
Mailable recipients    43<br>
Bypassed recipients     3<br>
Total                  46