Jeffrey D. Cawdrey (SBN 120488)
Megan M. Adeyemo (CO BN: 36271)(Pro Hac Vice)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:    (619) 696-6700
Facsimile:    (619) 696-7124

Attorneys for Debtor
S.T. Moll, Inc. d/b/a Integrity Tire

FILED & ENTERED

JUL 18 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY lozano    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>S.T. MOLL, INC.,<br>D/B/A INTEGRITY TIRE<br>                         Debtor. | CASE NO. 6:14-BK-12175-MJ<br><br>CHAPTER 11<br><br>**ORDER GRANTING DEBTOR'S APPLICATION FOR AUTORITY TO EMPLOY CORPORATE RECOVERY ASSOCIATES, LLC AS FINANCIAL ADVISOR**<br><br>Date:   None Set<br>Time:   None Set<br>Courtroom: 301<br>Judge: Meredith A. Jury |

Debtor and Debtor-in-possession S.T. MOLL, INC.'s ("Debtor") Application for Authority to Employ Corporate Recovery Associates, LLC as Financial Advisor [Docket No. 99-1] (the "Application") came before the Court after notice pursuant to Local Bankruptcy Rule 2014-1 (b)(3). The Court, having received no opposition or other response to the Application, and having found that Corporate Recovery Associates, LLC ("CRA") is disinterested as defined under § 327 of the Bankruptcy Code, and for good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Application is granted;

2. The employment of CRA, *nunc pro tunc* to June 19, 2014, as financial advisor on the terms set forth in the Application is approved; and

3. CRA's fees and expenses are subject to Court approval pursuant to 11 U.S.C. §§

- 1 -
ORDER GRANTING DEBTOR'S APPLICATION FOR AUTORITY TO EMPLOY CORPORATE RECOVERY ASSOCIATES, LLC AS FINANCIAL ADVISOR

330 and 331, the applicable Federal Rules of Bankruptcy Procedure and the applicable Local Bankruptcy Rules.

###

Date: July 18, 2014

Meredith A. Jury
United States Bankruptcy Judge

- 2 -
ORDER GRANTING DEBTOR'S APPLICATION FOR AUTORITY TO EMPLOY CORPORATE RECOVERY ASSOCIATES, LLC AS FINANCIAL ADVISOR