Jeffrey D. Cawdrey (SBN: 120488)
Megan M. Adeyemo (CO BN: 36271)(*Pro Hac Vice*)
GORDON & REES LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Debtor
S.T. Moll, Inc. d/b/a Integrity Tire

**FILED & ENTERED**

**OCT 10 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY lozano    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>S.T. MOLL, INC.,<br>D/B/A INTEGRITY TIRE AUTO SERVICE CENTER,<br><br>Debtor. | CASE NO. 6:14-BK-12175-MJ<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S SECOND MOTION TO EXTEND EXCLUSIVITY PERIOD**<br><br>Date:  None Set<br>Time:  None Set<br>Courtroom: 301<br>Judge:  Meredith A. Jury |

Debtor and Debtor-in-possession S.T. MOLL, INC.'s ("Debtor") Second Motion to Extend Exclusivity Period [[Docket No. 140] (the "Motion"), came before the Court after notice on September 22, 2014. The Court, having received no opposition or other response to the Motion, and for good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1.   The Motion is granted;

//

//

//

- 1 -

ORDER GRANTING SECOND MOTION FOR ORDER EXTENDING EXCLUSIVITY PERIOD

2. The deadline for Debtor to file a plan is hereby extended up to and including March 20, 2015, and a corresponding extension of the deadline by which Debtor must obtain acceptance of a plan up to and including June 19, 2015.

####

Date: October 10, 2014

Meredith A. Jury
United States Bankruptcy Judge