Jeffrey D. Cawdrey (SBN: 120488)
Megan M. Adeyemo (CO BN: 36271)(admitted *Pro Hac Vice)*
GORDON & REES LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Debtor
S.T. Moll, Inc. d/b/a Integrity Tire

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>S.T. MOLL, INC.,<br>D/B/A INTEGRITY TIRE AUTO SERVICE CENTER,<br><br>Debtor. | CASE NO. 6:14-BK-12175-MJ<br><br>Chapter 11<br><br>**NOTICE OF FILING OF EXHIBIT C TO FIRST INTERIM APPLICATION OF GORDON & REES LLP, ATTORNEYS FOR S.T. MOLL, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 23, 2014 THROUGH JANUARY 31, 2015**<br><br>Date: April 8, 2015<br>Time: 1:30 p.m.<br>Courtroom: 301<br>Judge: Meredith A. Jury |

TO THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:

Gordon & Rees LLP ("Applicant" or "G&R"), general bankruptcy counsel for S.T. MOLL, INC. ("Debtor") respectfully submits this Notice of Filing of Exhibit C to First Interim Application of Gordon & Rees LLP for Allowance of Compensation and Reimbursement of Expenses for the Period February 23, 2014 through January 31, 2015 (the "Application"). G&R has determined that Exhibit C to the Application was inadvertently not filed with the Application. Exhibit C is attached hereto.

- 1 -
NOTICE OF FILING OF EXHIBIT C TO FIRST INTERIM FEE APPLICATION OF GORDON & REES LLP
AS GENERAL BANKRUPTCY COUNSEL FOR DEBTOR

1  Dated: March 18, 2015                    GORDON & REES LLP

2

3

4                                          By:    */s/ Megan M. Adeyemo*
                                                  Jeffrey D. Cawdrey
                                                  Megan M. Adeyemo
5                                                 Attorneys for Debtor S.T. Moll, Inc.

**Gordon & Rees LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

1094637/22847153v.1