Jeffrey D. Cawdrey (SBN 120488)
Megan M. Adeyemo (CO SBN 36721) (*Admitted Pro Hac Vice*)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone:    (619) 696-6700
Facsimile:    (619) 696-7124

Attorneys for Debtor
S.T. Moll, Inc. d/b/a Integrity Tire

FILED & ENTERED

APR 10 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolleson   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>S.T. MOLL, INC.,<br>D/B/A INTEGRITY TIRE AUTO SERVICE CENTER,<br><br>Debtor. | CASE NO. 6:14-BK-12175-MJ<br><br>CHAPTER 11<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF GORDON & REES LLP, ATTORNEYS FOR S.T. MOLL, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 23, 2014 THROUGH JANUARY 31, 2015**<br><br>Date:    April 8, 2015<br>Time:   1:30 p.m.<br>Courtroom: 301<br>Judge:  Meredith A. Jury |

Gordon & Rees LLP's ("Applicant" or "G&R") First Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period February 23, 2014 through January 31, 2015 (the "Fee Application") came before the Court after notice as required by the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules on February 17, 2015.  This Court, having reviewed the Fee Application and all papers, pleadings, declarations and evidence in support of, no oppositions having been filed, and for good cause appearing,

IT IS HEREBY ORDERED as follows:

1.    The Fee Application is granted;

2.    Fees in the amount of $14,407.90 for the period February 23, 2014 through

- 1 -

ORDER GRANTING FIRST INTERIM APPLICATION FOR GORDON & REES LLP FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES

August 31, 2014, which consists of the 20% in fees not previously awarded, are approved and Debtor is authorized to pay such fees;

3. Fees in the total amount of $57,631.60 for the period February 23, 2014 through August 31, 2014, which consists of the 80% awarded through the Fee Procedures Order, are approved;

4. Fees in the amount of $21,130 incurred from September 1, 2014 through January 31, 2015, are approved and Debtor is authorized to pay such fees; and

5. Expenses in the amount of $2,335.37 incurred from February 23, 2014 through August 31, 2014, which consists of 100% of the expenses allowed through the Fee Procedures Order, are approved;

6. Expenses in the amount of $437.79 incurred from September 1, 2014 through January 31, 2015, are approved and Debtor is authorized to pay such expenses; and

7. For such other and further relief as the court deems proper.

###

Date: April 10, 2015

Meredith A. Jury
United States Bankruptcy Judge

1094637/23049462v.1

- 2 -

ORDER GRANTING FIRST INTERIM APPLICATION FOR GORDON & REES LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES