Jeffrey D. Cawdrey (SBN 120488)
Megan M. Adeyemo (CO SBN 36721) (*Admitted Pro Hac Vice*)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Debtor
S.T. Moll, Inc. d/b/a Integrity Tire

FILED & ENTERED

APR 10 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolleson DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>S.T. MOLL, INC.,<br>D/B/A INTEGRITY TIRE AUTO SERVICE CENTER,<br><br>   Debtor. | CASE NO. 6:14-BK-12175-MJ<br><br>CHAPTER 11<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF CORPORATE RECOVERY ASSOCIATES, LLC AS FINANCIAL ADVISOR TO THE DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 19, 2014 THROUGH DECEMBER 31, 2014**<br><br>Date: April 8, 2015<br>Time: 1:30 p.m.<br>Courtroom: 301<br>Judge: Meredith A. Jury |

Corporate Recovery Associates, LLC ("Applicant" or "CRA") First Interim Application for Compensation and Reimbursement of Expenses Incurred from June 19, 2014 Through December 31, 2014 (the "Fee Application") came before the Court after notice as required by the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules on February 17, 2015. This Court, having reviewed the Fee Application and all papers, pleadings, declarations and evidence in support of, no oppositions having been filed, and for good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Fee Application is granted;

2. Fees in the amount of $33,362.50 are approved and Debtor is authorized to pay

- 1 -

ORDER GRANTING FIRST INTERIM APPLICATION FOR CORPORATE RECOVERY ASSOCIATES, LLC
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

1                 such fees;

2     3.     Expenses in the amount of $245.77 are approved and Debtor is authorized to pay

3                 such expenses; and

4     4.     For such other and further relief as the court deems proper.

5                                     ###

**Gordon & Rees LLP**
**101 West Broadway, Suite 2000**
**San Diego, CA  92101**

Date: April 10, 2015

_Meredith A. Jury_
United States Bankruptcy Judge

1094637/23075321v.1

- 2 -
ORDER GRANTING FIRST INTERIM APPLICATION FOR CORPORATE RECOVERY ASSOCIATES, LLC
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES