# EXHIBIT B

# GORDON & REES LLP

www.gordonrees.com
1111 Broadway, Suite 1700
Oakland, California 94607
(510) 463-8600
Tax ID: 94-1617026

Steve W. Moll
President
S.T. Moll, Inc.
3223 W. Florida Avenue
Hemet, CA 92343

February 5, 2015
ID: STMOLL 1094637
Invoice No. 20253076
Cawdrey, Jeffrey D

RE: Chapter 11 Bankruptcy

## BILLING SUMMARY THROUGH January 31, 2015

| | |
|---|---:|
| Fees For Professional Services: | $4,787.00 |
| Expenses and Advances: | 31.03 |
| **Current Bill:** | **$4,818.03** |
| Previous Balance Due: | $20,152.50 |
| **Total Balance Due:** | **$24,970.53** |

S.T. Moll, Inc.  February 5, 2015
ID: STMOLL 1094637  Page 2
Invoice No.: 20253076

# Professional Services

### Professional Services – B110 Case Administration

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 01/19/15 | \|B110\|\|0\|\|\| Review and revise monthly operating report (.3 ); review and analyze disbursement amount for third quarter 2014 (.2); prepare email to T. Farris regarding potential delinquency (.1); review and respond to emails from Brittany regarding revisions to monthly operating report (.2) | MMA1 | 0.80 | 316.00 |
| 01/20/15 | \|B110\|\|0\|\|\| Review and respond to email from T. Farris, U.S. Trustee analyst, regarding past due trustee fees (.1); calculate amount of disbursements for quarterly fees in an effort to match U.S. Trustee's numbers (.2) | MMA1 | 0.30 | 118.50 |
| 01/20/15 | \|B110\|\|0\|\|\| Finalize December 2014 Monthly Operating Report. | GAH1 | 0.80 | 156.00 |
| 01/20/15 | \|B110\|\|0\|\|\| Review email regarding operating report and email reply regarding same | JDC | 0.10 | 45.00 |
| 01/21/15 | \|B110\|\|0\|\|\| Telephone calls to D. Mehra regarding deficiency in quarterly fee payments (.2); review and respond to emails from D. Mehra regarding same (.1); telephone conference with D. Mehra regarding same (.4); review and respond to email from S. Moll regarding same (.2); review and respond to email from Brittany regarding same (.1); prepare email to D. Mehra regarding same (.1) | MMA1 | 1.10 | 434.50 |
| 01/22/15 | \|B110\|\|0\|\|\| Telephone conference with S. Moll regarding resolution of deficiency for payment of quarterly fees (.3); review and respond to email from S. Moll regarding same (.1); review email from D. Mehra regarding same (.1) | MMA1 | 0.50 | 197.50 |
| 01/26/15 | \|B110\|\|0\|\|\| Review and analysis of small claims case report of claim filed by Top Priority regarding upcoming trial (No Charge .2) | SML1 | 0.40 | 59.00 |
| 01/26/15 | \|B110\|\|0\|\|\| Telephone conference with small claims clerk regarding same and potential withdrawal of claim | SML1 | 0.40 | 118.00 |
| 01/26/15 | \|B110\|\|0\|\|\| Prepare notice of bankruptcy for small claims matter | SML1 | 0.40 | 118.00 |

**Totals for B110 Case Administration**  1,562.50

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20253076  

February 5, 2015  
Page 3

## Professional Services – B160 Fee/Employment Applications

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 01/15/15 | |B160||0||| Conference with attorney Adeyemo regarding fee applications | JDC | 0.10 | 45.00 |
| 01/19/15 | |B160||0||| Prepare first interim fee application of Gordon & Rees | MMA1 | 1.50 | 592.50 |
| 01/25/15 | |B160||0||| Email with attorney Adeyemo regarding fee application | JDC | 0.10 | 45.00 |
| 01/26/15 | |B160||0||| Conference with attorney Adeyemo regarding fee applications | JDC | 0.10 | 45.00 |
| 01/27/15 | |B160||0||| Email from Mr. Feferman regarding fee applications and plan | JDC | 0.10 | 45.00 |
| 01/28/15 | |B160||0||| Continue to prepare Gordon & Rees first interim fee application | MMA1 | 1.10 | 434.50 |
| 01/28/15 | |B160||0||| Email with Mr. Feferman regarding fee applications | JDC | 0.10 | 45.00 |

**Totals for B160 Fee/Employment Applications**  1,252.00

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20253076  

February 5, 2015  
Page 4

## Professional Services – B210 Business Operations

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 01/05/15 | \|B210\|\|0\|\|\| Telephone conference with Mr. Moll regarding business operations, new employee, plan (.3); email to Mr. Moll and attorney Adeyemo regarding same and review email from Mr. Feferman (.1) | JDC | 0.40 | 180.00 |
| 01/06/15 | \|B210\|\|0\|\|\| Prepare notice of insider compensation (.2); prepare emails to S. Moll regarding same and review responses (.2); revise motion to approve Goodyear agreement (.4); revise declaration of S. Moll in support of Goodyear agreement (.2); prepare email to S. Moll regarding same (.1) | MMA1 | 1.10 | 434.50 |
| 01/07/15 | \|B210\|\|0\|\|\| Review and respond to email from R. Feferman regarding notice of insider compensation | MMA1 | 0.10 | 39.50 |
| 01/07/15 | \|B210\|\|0\|\|\| Draft the Notice of Motion for Order Approving Independent Dealer Agreement. | GAH1 | 0.20 | 39.00 |
| 01/07/15 | \|B210\|\|0\|\|\| Email with attorney Adeyemo regarding insider compensation notice | JDC | 0.10 | 45.00 |
| 01/27/15 | \|B210\|\|0\|\|\| Review email regarding operations | JDC | 0.10 | 45.00 |
| 01/27/15 | \|B210\|\|0\|\|\| Review and analyze renewal of insurance and potential need for motion to approve same | MMA1 | 0.20 | 79.00 |

**Totals for B210 Business Operations**                                                                          862.00

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20253076

February 5, 2015  
Page 5

## Professional Services – B230 Financing

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 01/07/15 | \|B230\|\|0\|\|\| Review and respond to emails from S. Wineflash regarding status of adequate protection payment to SMS Financial (.1); prepare emails to S. Moll regarding same and review response (.1) | MMA1 | 0.20 | 79.00 |

**Totals for B230 Financing**     79.00

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20253076

February 5, 2015  
Page 6

## Professional Services – B320 Plan and Disclosure Statements

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 01/12/15 | \|B320\|\|0\|\|\| Conference with attorney Adeyemo regarding plan and disclosure statement | JDC | 0.20 | 90.00 |
| 01/15/15 | \|B320\|\|0\|\|\| Conference with attorney Adeyemo regarding plan | JDC | 0.10 | 45.00 |
| 01/20/15 | \|B320\|\|0\|\|\| Conference with attorney Adeyemo regarding plan terms | JDC | 0.10 | 45.00 |
| 01/26/15 | \|B320\|\|0\|\|\| Email to Mr. Moll and Mr. Feferman regarding plan | JDC | 0.10 | 45.00 |
| 01/26/15 | \|B320\|\|0\|\|\| Conference with attorney Adeyemo regarding plan | JDC | 0.10 | 45.00 |
| 01/27/15 | \|B320\|\|0\|\|\| Review and respond to email from R. Feferman regarding amount of Gordon & Rees' administrative claim for plan preparation | MMA1 | 0.10 | 39.50 |

**Totals for B320 Plan and Disclosure Statements**                                   309.50

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20253076  

February 5, 2015  
Page 7

## Professional Services – B500 Litigation

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 01/19/15 | \|B500\|\|0\|\|\| Prepare correspondence to Top Priority Couriers regarding commencement of small claims court action | MMA1 | 0.30 | 118.50 |
| 01/21/15 | \|B500\|\|0\|\|\| Telephone conference with representative from Top Priority Couriers regarding dismissal of small claims court action | MMA1 | 0.30 | 118.50 |
| 01/26/15 | \|B500\|\|0\|\|\| Prepare emails to S. Lemos regarding status of small claims court action and review responses (.1); review and revise notice of bankruptcy for same (.1); review and respond to email from Brittany regarding same (.1) | MMA1 | 0.30 | 118.50 |
| 01/27/15 | \|B500\|\|0\|\|\| Telephone conference with representative from Top Priority Couriers regarding dismissal of small claims matter (.3); prepare email to representative from Top Priority Couriers regarding same (.1); telephone conference with S. Moll regarding same (.1); review and respond to email from Brittany regarding same (.1); telephone conference with J. Cawdrey regarding same (.1) | MMA1 | 0.70 | 276.50 |
| 01/27/15 | \|B500\|\|0\|\|\| Follow up notice of stay and conference with Ms. Mydland regarding same; conference with Adeyemo regarding same | JDC | 0.20 | 90.00 |
| 01/28/15 | \|B500\|\|0\|\|\| Review notice of stay filing and email to Ms. Mydland regarding same (No Charge) | JDC | 0.10 | 0.00 |

**Totals for B500 Litigation**                                                                                                                      722.00

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.
ID: STMOLL 1094637
Invoice No.: 20253076

February 5, 2015
Page 8

## Professional Services by Phase Code

| Phase | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 4.80 | 1,562.50 |
| B160 | Fee/Employment Applications | 3.10 | 1,252.00 |
| B210 | Business Operations | 2.20 | 862.00 |
| B230 | Financing | 0.20 | 79.00 |
| B320 | Plan and Disclosure Statements | 0.70 | 309.50 |
| B500 | Litigation | 1.90 | 722.00 |

## Services Recap

| Init | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| GAH1 | Glenda Huebscher | Paralegal | 195.00 | 1.00 | 195.00 |
| JDC | Jeffrey Cawdrey | Senior Partner | 450.00 | 2.10 | 900.00 |
| MMA1 | Megan Adeyemo | Partner | 395.00 | 8.60 | 3,397.00 |
| SML1 | Stephanie Lemos | Associate | 295.00 | 1.20 | 295.00 |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20253076

February 5, 2015  
Page 9

## Expenses

| Date | Description | Amount |
|---|---|---|
| 12/10/14 | Messenger Service - VENDOR: Federal Express Corporation INVOICE#: 288111941 DATE: 12/19/2014 FedEx service for 288111941,772162834981,Delivery service fees of 17.89 to Judge Meredith A Jury, 3420 12TH ST/RIVERSIDE CA 92501 re: 4076/Chapter 11 Bankruptcy | 17.89 |
| 12/11/14 | Messenger Service - VENDOR: Federal Express Corporation INVOICE#: 288217989 DATE: 12/19/2014 FedEx service for 288217989,772199540265,Delivery service fees of 10.76 to The Hon Meredith Jury, 3420 12TH ST/RIVERSIDE CA 92501 re: 1933/Chapter 11 Bankruptcy | 10.76 |
|  | Postage | 2.38 |

TOTAL EXPENSES $31.03

## Outstanding Statements as of February 5, 2015

| Invoice Number | Date | Balance Due |
|---|---|---|
| Statement No 20229814 | September 30, 2014 | 3,402.74 |
| Statement No 20234589 | October 21, 2014 | 7,897.70 |
| Statement No 20244506 | December 14, 2014 | 4,126.56 |
| Statement No 20248728 | January 16, 2015 | 4,725.50 |
| **Total Accounts Receivable Balance:** |  | **$20,152.50** |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

# GORDON & REES LLP

www.gordonrees.com
1111 Broadway, Suite 1700
Oakland, California 94607
(510) 463-8600
Tax ID: 94-1617026

Steve W. Moll
President
S.T. Moll, Inc.
3223 W. Florida Avenue
Hemet, CA 92343

February 5, 2015
ID: STMOLL  1094637
Invoice No. 20253076
Cawdrey, Jeffrey D

RE: Chapter 11 Bankruptcy

## BILLING SUMMARY THROUGH January 31, 2015

| | |
|---|---:|
| Fees For Professional Services: | $4,787.00 |
| Expenses and Advances: | 31.03 |
| **Current Bill:** | **$4,818.03** |
| Previous Balance Due: | $20,152.50 |
| **Total Balance Due**: | **$24,970.53** |

**REMITTANCE COPY**
PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT