# EXHIBIT B

# GORDON & REES LLP

www.gordonrees.com
1111 Broadway, Suite 1700
Oakland, California 94607
(510) 463-8600
Tax ID: 94-1617026

Steve W. Moll
President
S.T. Moll, Inc.
3223 W. Florida Avenue
Hemet, CA 92343

March 25, 2015
ID: STMOLL  1094637
Invoice No. 20263384
Cawdrey, Jeffrey D

RE: Chapter 11 Bankruptcy

## BILLING SUMMARY THROUGH February 28, 2015

| | |
|---|---:|
| Fees For Professional Services: | $8,257.00 |
| Expenses and Advances: | 77.11 |
| **Current Bill:** | **$8,334.11** |
| Previous Balance Due: | $24,970.53 |
| **Total Balance Due:** | **$33,304.64** |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20263384

March 25, 2015  
Page 2

## Professional Services

### Professional Services – B110 Case Administration

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 02/06/15 | \|B110\|\|0\|\|\| Review and revise amended schedules (.2); prepare email to S. Moll regarding same and review response (.1) | MMA1 | 0.30 | 118.50 |
| 02/07/15 | \|B110\|\|0\|\|\| Review and respond to email from D. Jensen, U.S. Trustee's office, regarding payment of quarterly fees (.1); prepare email to S. LaSpina regarding same (.1) | MMA1 | 0.20 | 79.00 |
| 02/08/15 | \|B110\|\|0\|\|\| Review and respond to email from Brittany regarding preparation of monthly operating report for January | MMA1 | 0.10 | 39.50 |
| 02/09/15 | \|B110\|\|0\|\|\| Review and revise declaration of electronic filing of amended schedules (.1); prepare email to S. Moll regarding same (.1) | MMA1 | 0.20 | 79.00 |
| 02/09/15 | \|B110\|\|0\|\|\| Email with attorney Adeyemo regarding amended schedules | JDC | 0.10 | 45.00 |
| 02/09/15 | \|B110\|\|0\|\|\| Review order approving goodyear agreement | JDC | 0.10 | 45.00 |
| 02/09/15 | \|B110\|\|0\|\|\| Review amended schedules | JDC | 0.10 | 45.00 |
| 02/10/15 | \|B110\|\|0\|\|\| Telephone conference with Mr. Moll regarding operating report | JDC | 0.10 | 45.00 |
| 02/10/15 | \|B110\|\|0\|\|\| Review operating report | JDC | 0.30 | 135.00 |
| 02/10/15 | \|B110\|\|0\|\|\| Review and analyze draft monthly operating report (.2); telephone conference with J. Cawdrey regarding same (.2); telephone conference with J. Cawdrey and S. Moll regarding same (.2); prepare email to Brittany regarding revisions to monthly operating report (.1 ) | MMA1 | 0.70 | 276.50 |
| 02/25/15 | \|B110\|\|0\|\|\| Telephone conference with attorney Zeib regarding status, plan | JDC | 0.10 | 45.00 |

**Totals for B110 Case Administration**   952.50

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20263384

March 25, 2015  
Page 3

## Professional Services – B160 Fee/Employment Applications

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 02/09/15 | \|B160\|\|0\|\|\| Prepare emails to R. Feferman regarding filing of interim fee application and review responses (.1); continue to prepare first interim fee application of Gordon & Rees (3.2); telephone conference with R. Feferman regarding CRA interim fee application (.2) | MMA1 | 3.50 | 1,382.50 |
| 02/09/15 | \|B160\|\|0\|\|\| Review order authorizing interim compensation procedures; conference with attorney Adeyemo regarding fee applications | JDC | 0.20 | 90.00 |
| 02/10/15 | \|B160\|\|0\|\|\| Continue to prepare Gordon & Rees first interim fee application (1.4); prepare accounting of Gordon & Rees' administrative claim (.3); review and respond to email from R. Feferman regarding filing of fee applications (.1) | MMA1 | 1.80 | 711.00 |
| 02/16/15 | \|B160\|\|0\|\|\| Review and revise G&R first interim fee application | JDC | 0.50 | 225.00 |
| 02/16/15 | \|B160\|\|0\|\|\| Email to attorney Adeyemo regarding G&R first interim fee application, revisions and information needed | JDC | 0.10 | 45.00 |
| 02/16/15 | \|B160\|\|0\|\|\| Email to Mr. Feferman and Mr. Moll regarding CRA first interim fee application | JDC | 0.10 | 45.00 |
| 02/16/15 | \|B160\|\|0\|\|\| Review CRA first interim fee application | JDC | 0.20 | 90.00 |
| 02/16/15 | \|B160\|\|0\|\|\| Review and respond to email from R. Feferman regarding filing of fee applications (.1); revise first interim fee application of Gordon & Rees (.4); prepare exhibits A and B to same (.7); prepare email to S. Moll regarding filing of fee applications and review response (.1) | MMA1 | 1.30 | 513.50 |
| 02/17/15 | \|B160\|\|0\|\|\| Review and revise notice of hearing on fee applications (.2); revise Gordon & Rees interim fee application (.3); continue to prepare exhibits to same (1.3) | MMA1 | 1.80 | 711.00 |
| 02/26/15 | \|B160\|\|0\|\|\| Prepare application to employ Bit Co as accountant (.8); prepare emails to S. Moll regarding same and review response (.2) | MMA1 | 1.00 | 395.00 |

**Totals for B160 Fee/Employment Applications**                                                        4,208.00

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20263384  

March 25, 2015  
Page 4

## Professional Services – B210 Business Operations

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 02/03/15 | \|B210\|\|0\|\|\| Review and revise declaration of no response to motion for approval of lease | MMA1 | 0.10 | 39.50 |
| 02/06/15 | \|B210\|\|0\|\|\| Review and respond to email from Brittany regarding approval of insider compensation for Chris Moll | MMA1 | 0.10 | 39.50 |
| 02/24/15 | \|B210\|\|0\|\|\| Telephone conference with R. Chaudry regarding possible new lease with Stater Bros. | MMA1 | 0.20 | 79.00 |
| 02/25/15 | \|B210\|\|0\|\|\| Telephone conference with J. Cawdrey regarding entry into new lease with Stater Bros. | MMA1 | 0.10 | 39.50 |
| 02/25/15 | \|B210\|\|0\|\|\| Conference with attorney Adeyemo regarding Stater Brothers lease | JDC | 0.10 | 45.00 |
| 02/26/15 | \|B210\|\|0\|\|\| Telephone call to S. Moll regarding lease with Stater Bros. (.1); telephone conference with S. Moll regarding same (.1); prepare email to R. Chaudry regarding lease assignment documents (.1); prepare email to V. Coscino regarding deadline to assume or reject leases and review response (.1 ); telephone call to R. Chaudry regarding Stater Bros. lease (.1); telephone conference with R. Chaudry regarding same (.2 ) | MMA1 | 0.70 | 276.50 |
| 02/26/15 | \|B210\|\|0\|\|\| Telephone conference with attorney Adeyemo regarding Stater lease, 365 issues, operations, plan | JDC | 0.20 | 90.00 |

**Totals for B210 Business Operations**                                                           609.00

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20263384

March 25, 2015  
Page 5

## Professional Services – B230 Financing

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 02/02/15 | \|B230\|\|0\|\|\| Email and telephone conference with attorney Adeyemo regarding SMS claim | JDC | 0.20 | 90.00 |
| 02/02/15 | \|B230\|\|0\|\|\| Review and respond to email from S. Wineflash regarding payment of January adequate protection payment (.1); prepare emails to S. Moll regarding same and review response (.1); telephone conference with J. Cawdrey regarding same (.2 ) | MMA1 | 0.40 | 158.00 |
| 02/03/15 | \|B230\|\|0\|\|\| Review SMS pay off demand and itemized statement | JDC | 0.20 | 90.00 |
| 02/03/15 | \|B230\|\|0\|\|\| Email to Mr. Moll and Mr. Feferman with SMS pay off demand and regarding plan treatment | JDC | 0.10 | 45.00 |
| 02/03/15 | \|B230\|\|0\|\|\| Review and respond to email from S. Wineflash regarding payoff amount (.1); telephone conference with J. Cawdrey regarding same (.2) | MMA1 | 0.30 | 118.50 |

**Totals for B230 Financing**     501.50

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20263384

March 25, 2015  
Page 6

## Professional Services – B310 Claims Administration and Objections

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 02/11/15 | \|B310\|\|0\|\|\| Review and analysis of IRS proofs of claims and amendments, review IRS claim in Moll chapter 13, review claims register and filed proofs | JDC | 0.70 | 315.00 |
| 02/11/15 | \|B310\|\|0\|\|\| Email to Mr. Moll and Mr. Feferman regarding IRS proofs of claims and amendments, IRS claim in Moll chapter 13, claims register | JDC | 0.20 | 90.00 |
| 02/11/15 | \|B310\|\|0\|\|\| Review S. Moll docket and claims therein and email to Mr. Moll and Mr. Feferman regarding same | JDC | 0.30 | 135.00 |
| 02/24/15 | \|B310\|\|0\|\|\| Prepare email to S. Moll and R. Feferman regarding amount of Gordon & Rees' administrative claim | MMA1 | 0.10 | 39.50 |
| **Totals for B310 Claims Administration and Objections** | | | | 579.50 |

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20263384

March 25, 2015  
Page 7

## Professional Services – B320 Plan and Disclosure Statements

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 02/02/15 | \|B320\|\|0\|\|\| Telephone conference with attorney Adeyemo regarding plan and treatment of claims | JDC | 0.20 | 90.00 |
| 02/03/15 | \|B320\|\|0\|\|\| Conference with attorney Adeyemo regarding plan, SMS claim, claims treatment | JDC | 0.20 | 90.00 |
| 02/03/15 | \|B320\|\|0\|\|\| Telephone conference with Mr. Moll regarding plan treatment | JDC | 0.10 | 45.00 |
| 02/06/15 | \|B320\|\|0\|\|\| Prepare disclosure statement | MMA1 | 1.10 | 434.50 |
| 02/08/15 | \|B320\|\|0\|\|\| Email with Mr. Feferman regarding plan projections | JDC | 0.10 | 45.00 |
| 02/12/15 | \|B320\|\|0\|\|\| Telephone conference with Mr. Feferman regarding plan and projections | JDC | 0.20 | 90.00 |
| 02/16/15 | \|B320\|\|0\|\|\| Telephone conference with Mr. Feferman regarding plan projections and financial reports | JDC | 0.20 | 90.00 |
| 02/16/15 | \|B320\|\|0\|\|\| Conference with attorney Adeyemo regarding plan | JDC | 0.20 | 90.00 |
| 02/23/15 | \|B320\|\|0\|\|\| Telephone conference with Mr. Feferman regarding projections | JDC | 0.20 | 90.00 |
| 02/23/15 | \|B320\|\|0\|\|\| Review email from Mr. Feferman regarding liquidation analysis | JDC | 0.10 | 45.00 |
| 02/25/15 | \|B320\|\|0\|\|\| Telephone conference with J. Cawdrey regarding preparation of plan and disclosure statement | MMA1 | 0.20 | 79.00 |
| 02/25/15 | \|B320\|\|0\|\|\| Conference with attorney Adeyemo regarding plan terms | JDC | 0.20 | 90.00 |

**Totals for B320 Plan and Disclosure Statements**  1,278.50

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20263384

March 25, 2015  
Page 8

## Professional Services – B500 Litigation

| Date | Phase Task Activity Codes/Description | Init | Hours | Amount |
|---|---|---|---|---|
| 02/04/15 | \|B500\|\|0\|\|\| Review and analysis of small claims case docket regarding stay of proceedings (.1); Multiple telephone conferences to court clerk regarding same (.2) | SML1 | 0.30 | 88.50 |
| 02/04/15 | \|B500\|\|0\|\|\| Review and respond to email from Brittany regarding small claims court action filed by Top Priority Couriers | MMA1 | 0.10 | 39.50 |
| **Totals for B500 Litigation** | | | | 128.00 |

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20263384  

March 25, 2015  
Page 9

## Professional Services by Phase Code

| Phase | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 2.30 | 952.50 |
| B160 | Fee/Employment Applications | 10.50 | 4,208.00 |
| B210 | Business Operations | 1.50 | 609.00 |
| B230 | Financing | 1.20 | 501.50 |
| B310 | Claims Administration and Objections | 1.30 | 579.50 |
| B320 | Plan and Disclosure Statements | 3.00 | 1,278.50 |
| B500 | Litigation | 0.40 | 128.00 |

## Services Recap

| Init | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| JDC | Jeffrey Cawdrey | Senior Partner | 450.00 | 5.60 | 2,520.00 |
| MMA1 | Megan Adeyemo | Partner | 395.00 | 14.30 | 5,648.50 |
| SML1 | Stephanie Lemos | Associate | 295.00 | 0.30 | 88.50 |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

S.T. Moll, Inc.  
ID: STMOLL 1094637  
Invoice No.: 20263384

March 25, 2015  
Page 10

## Expenses

| Date | Description | Amount |
|---|---|---|
| 02/03/15 | Messenger Service - VENDOR: Federal Express Corporation INVOICE#: 293013171 DATE: 2/6/2015 FedEx service for 293013171,772817201762,Delivery service fees of 18.53 to Judge Meredith A Jury, 3420 12TH ST/RIVERSIDE CA 92501 re: 4076/Chapter 11 Bankruptcy | 18.53 |
| 02/06/15 | Filing Fees - VENDOR: Megan M. Adeyemo INVOICE#: CREX0754469902062353 DATE: 2/25/2015 Filing Fees and Related, Filing Fee for an Amended Schedule F, Filing Fee for an Amended Schedule F, 02/06/15/MAdeyemo/MMA1/CMP3/TBQ/MTS/DL4/ | 30.00 |
| 02/17/15 | Messenger Service - VENDOR: Federal Express Corporation INVOICE#: 294481414 DATE: 2/20/2015 FedEx service for 294481414,780226299540,Delivery service fees of 28.58 to Judge Meredith A Jury, 3420 12TH ST/RIVERSIDE CA 92501 re: 4076/Chapter 11 Bankruptcy | 28.58 |

TOTAL EXPENSES    $77.11

---

## Outstanding Statements as of March 25, 2015

| Invoice Number | Date | Balance Due |
|---|---|---|
| Statement No 20229814 | September 30, 2014 | 3,402.74 |
| Statement No 20234589 | October 21, 2014 | 7,897.70 |
| Statement No 20244506 | December 14, 2014 | 4,126.56 |
| Statement No 20248728 | January 16, 2015 | 4,725.50 |
| Statement No 20253076 | February 5, 2015 | 4,818.03 |
| **Total Accounts Receivable Balance:** | | **$24,970.53** |

Computer research charges calculated per the LexisNexis Transactional Pricing Plan.

## GORDON & REES LLP

www.gordonrees.com
1111 Broadway, Suite 1700
Oakland, California 94607
(510) 463-8600
Tax ID: 94-1617026

Steve W. Moll
President
S.T. Moll, Inc.
3223 W. Florida Avenue
Hemet, CA 92343

March 25, 2015
ID: STMOLL 1094637
Invoice No. 20263384
Cawdrey, Jeffrey D

RE: Chapter 11 Bankruptcy

## BILLING SUMMARY THROUGH February 28, 2015

| | |
|---|---:|
| Fees For Professional Services: | $8,257.00 |
| Expenses and Advances: | 77.11 |
| **Current Bill:** | **$8,334.11** |
| Previous Balance Due: | $24,970.53 |
| **Total Balance Due:** | **$33,304.64** |

## REMITTANCE COPY
PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT