RICHARD J. FEFERMAN, CIRA
SENIOR MANAGING DIRECTOR
CORPORATE RECOVERY ASSOCIATES, LLC
3830 Valley Center Drive, Suite 705-152
San Diego, CA 92130
Tel (858) 792-7473
Fax (858) 430-2454
richard@crarecovery.com

Financial Advisors for Debtor
S.T. Moll, Inc. d/b/a Integrity Tire

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| **In re** | ) |
| | ) |
| S. T. MOLL, INC. | ) Bk. No.: 6:14-bk-12175-MJ |
| D/B/A INTEGRITY TIRE AUTO | ) |
| SERVICE CENTER, Debtor | ) Chapter 11 |
| | ) |
| | ) **FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES, LLC as FINANCIAL ADVISOR TO THE DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
| | ) |
| | ) Date:       September 16, 2015 |
| | ) Time:       1:30 p.m. |
| | ) Courtroom: 301 |
| | ) Judge:      Meredith A. Jury |
| | ) |

TO THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY

JUDGE, THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:

COMES NOW Corporate Recovery Associates ("Applicant" or "CRA"), Financial

Advisor to S. T. Moll, Inc. (the "Debtor"). Applicant respectfully files this Final Interim

- 1

Application for Compensation and Reimbursement of Expenses in the Debtor's Chapter 11 Case.

I.

SUMMARY, INTRODUCTION AND PROCEDURAL HISTORY

Debtor filed its voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on February 23, 2014 (the "Petition Date"). Debtor remains in possession of its property and in management of its business as a debtor in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee, examiner, official committee of unsecured creditors or other committees have been appointed herein.

Debtor is a California corporation that owns and operates three tire dealerships and auto- repair centers in Hemet, San Bernardino and Moreno Valley.

Debtor experienced a significant decrease in sales in recent years due to, among other things, the economic downturn. Debtor became behind on many of its obligations, including the payments to its secured creditor, SMS Financial, LLC ("SMS"). Debtor filed its petition in order to obtain some breathing room while it restructured its operations to increase revenue and decrease expenses.

Prior to the employment of the CRA, Debtor's restructuring had not progressed as anticipated. Sales continued to decline during the first half of 2014; revenues for the first half of 2014 where $142,868.55 less than the revenues during the first half of 2013 (a 6.5% decline). As a result, Debtor determined that it was in the best interests of the estate, Debtor's reorganization and creditors for Debtor to engage the assistance of a financial advisor. Debtor hereby obtained from this Court an order approving the employment of Corporate Recovery Associates, LLC ("CRA") as Debtor's financial advisor.

Debtor and CRA identified a number of areas were costs could be cut and management changed in an effort to increase sales and cash flow. For example, Debtor was able to negotiate agreements reducing its cost of workers compensation insurance by $30,000,00 per year. Debtor has also renegotiated its lease for its Moreno Valley location, which will result in additional savings over the next three years. In addition, Debtor has reduced its administrative staff with a resulting savings of over $70,000.00 per year and refocused efforts on generating sales. Additionally to enhance the interest rate reduction to the secured claim of SMS (18% to 5%) negotiated by Gordon & Rees, CRA was able to negotiate the

- 2

early commencement of the reduced interest payments saving the estate approximately $7,200.00 of interest. Also CRA reviewed the secured lenders legal bills and negotiated an additional $2,000.00 of reductions.

In addition, Debtor has reorganized its management to focus on increasing sales. An examination of the Debtor's 2014 v. 2013 monthly income statements reveals that sales for the second half of 2014 increased more than 14% for the second half of 2014 compared to the second half of 2013 ($1,845,578.45 to $2,109,780.33). Sales for the six months ended July 31, 2015 were $2,801,820.81, while not entirely comparable this represents an increase of 52% from the six month period ended in the second half of 2014.

Pursuant to orders of this Court and as previously stated, Applicant is the financial advisor to the Debtor in this case. This is the Applicant's final application for compensation and the reimbursement of costs. Applicant has been awarded the compensation it sought in its first interim application for fees and reimbursement of costs. Since the commencement of this assignment the Applicant has worked diligently, efficiently, and without duplication of efforts. The Applicant has only worked on matters that the Debtor and or the Debtor's counsel have instructed the Applicant on which to work. And the Applicant's work has been necessary and valuable to the Debtor's estate.

By this Final Application (the "Application"), CRA requests the Court enter an order approving and allowing compensation for CRA's services in the amount of $50,000.00 and reimbursement of expenses advanced in the amount of $433.15 for a total amount of $50,433.15 for services rendered and expenses advanced as financial advisor for the Debtor.

CRA did not receive a retainer or advance deposit in connection with this engagement.

**NAME AND APPLICABLE BILLING RATES FOR EACH PERSON WHO BILLED TIME DURING THE PERIODS:**

Richard Feferman, Senior Managing Director    $ 595.00 to $650.00 per hour

**TOTAL HOURS BILLED AND THE AMOUNT OF BILLING FOR EACH PERSON WHO BILLED TIME DURING THE BILLING PERIOD:**

| | | |
|---|---|---|
| Mr. Feferman | 166.3 hours @ $595 per hour = | $98,948.50 |
| Mr. Feferman | 49.2 @ $650 per hour = | $31,980.00 |

Total amount Billed    $130,929.50

Less:

**Courtesy Discounts**    <$80,928.50>

_____

**Total Fees Sought**    **$50,000.00**

**COMPUTATION OF BLENDED HOURLY RATE FOR PERSON (S) WHO BILLED TIME DURING PERIOD, EXCLUDING PARALEGAL OR OTHER PARAPROFESSIONAL TIME:**

Total Fees        $50,000.00

**Divided by hours worked   /215.5**

**Blended hourly rate        $232.02**

**Date of the Order Approving Employment:**    July 18, 2014

**Effective Date of Employment:**    June 19, 2014

**Identity of Party Represented:** S.T. Moll, Inc. d/b/a Integrity Tire, Debtor

**Date Services Commenced:**    June 20, 2014

**Retainer:** No retainer has been paid.

**Interim Fees Previously Approved:** $33,362.50

**Expenses Previously Approved:** $245.77

**Total Amount Paid as of August 25, 2015:** $20,000.00

**Budgetary and other limitations:**  In consideration for the size and complexity of this case, and Debtor's financial status, CRA has agreed to not charge the estate for the first ten (10) hours of services performed by CRA. In addition, CRA has agreed to cap its blended hourly rate at $425 for services provided through December 31, 2014 (at which time CRA will be compensated at its then prevailing rates for services provided commencing January 1, 2015

and continuing through the remainder of the engagement). These concessions are an exception to CRA's normal practices and are unlikely to be offered to any other debtor. Please note that CRA's hourly billing rates increased approximately ten percent effective January 1, 2015 and Mr. Feferman's current hourly rate is $650; however Applicant agreed to delay this rate increase to the Debtor through the end of March 2015.

**Names and hourly rates of Applicant's professionals billing time**:
Richard Feferman         $650 per hour

The above rates were the corresponding professional's customary rates at the time of this engagement and are significantly below that charged by other comparably skilled practitioners in non-bankruptcy casework as well as in bankruptcy cases. Please note that the hourly rates charged by CRA increased by approximately ten percent on January 1, 2015 (Mr. Feferman's current hourly rate is $650). However as a courtesy to the Debtor, CRA delayed this rate increase through March 31, 2015. The new rates will be effective April 1, 2015.

**The time period of the services and expenses covered by the application:** June 19, 2014 through July 31, 2015.

II.

DISCUSSION OF SERVICES PERFORMED

As financial advisor to the Debtor, Applicant has performed consulting services in the area of business and financial analysis. Such services require the specific skills of Applicant in financial and business matters and the general skills of Applicant in bankruptcy cases. CRA has a wealth of experience in providing financial advisory services in restructurings and reorganizations and enjoys and excellent reputation for the services it has rendered to creditors, debtors-in-possession and trustees in California and nationwide. CRA's services are necessary in this case and have benefited the Debtor's reorganization efforts including in the management of cash flow; development of strategic alternatives; assessing and negotiating leaseholds; restructuring operations; and formulation of

reorganization scenarios. CRA's billing rates are the rates charged both bankruptcy and non bankruptcy clients, and are less than charged by many other firms. Additionally significant discounts have been provided. Due to the complexity of the case, services have been provided by Richard Feferman a Certified Insolvency and Restructuring Advisor with over thirty years experience in the analysis of complex financial matters. All of the services provided by applicant were necessary at the time the services were provided. The services were performed in less time than normal due to Mr. Feferman's experience and at lower rates than many lesser-experienced professionals. The services have benefited the bankruptcy estate; have been necessary to the administration of the case; and have not been duplicative. Section III contains a summary of the hours and fees incurred by the Office of the United States Trustee's Project Categories.

At the time the Applicant was employed by the Debtor, the Debtor's sales and financial performance were continuing to deteriorate, necessitating the work of the Applicant and the Applicant's assistance. The Applicant has worked closely with the Debtor and the other professionals employed by the Debtor and as a result and as a result the Debtor's operations have stabilized and improved.

### III.
### CATAGORICAL DESCRIPTION OF SERVICES

The Applicant seeks allowance of compensation for professional services performed by Applicant during the Subject Period, during which time Applicant expended a total of 78.5 hours of professional time at an hourly rate of $595 per hour less $13,345 of courtesy discounts (for a blended rate of $425 per hour in the performance of services rendered, the respective employees of Applicant providing the services and the hourly rate charged by each employee is set forth in the time sheets attached as Exhibit B and incorporated herein for all purposes. As shown by this Application and the supporting documents, Applicant spent its time economically, without unnecessary duplication of efforts, on essential tasks that could not be performed by any other party on behalf of the Debtor. As stated, Applicant has extended Courtesy Discounts totaling $13,345 to the charges set forth in this Application. Applicant's fees and expenses are to be paid by Debtor's Chapter 11 estate (the "Estate") after notice, application, and bankruptcy court approval.

Please find below a summary of the time spent and the fees charged by Applicant during the Subject Period covered by this Application. Chronological billing statements describing the time expended by each professional for the Subject Period are included as Exhibit B.

**(BA) Business Analysis** (46.6 hours and $27,919.50 of total fees). Time spent in this category was necessary to assess and work on the financial performance of the Debtor's business; and to develop business strategy. This time includes site visits; reviewing financial statements, reviewing operating reports, reviewing the Debtor's projections, and reviewing items affecting cash flow; reporting to the Debtor and the Debtor's counsel; and to assist the Debtor in developing financial forecasts.

**(BO) Business Operations** (2.4 hours and $1,428.00 in fees). Time spent in this category was necessary to address the debtors administrative expense obligations.

**(CA) Case Administration** (4 hours and $2,572.50 in fees). Time spent in this category was necessary and was in connection with the Debtor's required filing of the Office of the United States Trustee's Monthly Operating Reports and the payment of quarterly fees to the Office of the United States Trustee.

**(CAO) Claims Administration and Objections** (12 hours and $7,481.00 in fees). Time spent in this category concern the analysis and examination of priority, secured, and unsecured claims and alternative treatment under various scenarios. Additionally Applicant participated in the negotiations that were necessary to reduce both the amounts asserted by creditors and reducing interest rates charged.

**(DA) Data Analysis** (5.6 hours and $ 3,332.00 in fees). Time spent in this category was necessary in order to respond to questions from counsel and Debtor regarding the Debtor's leasehold for its retail location in Moreno Valley, California.

**(FEA) Fee / Employment Application** (24.6 hours and $14,659.00 in fees). As required, the Applicant has spent time in the preparation of the Debtor's application to hire CRA; to prepare its first interim fee application; and to appear at the hearing on its first interim fee application.

**(PD) Plan & Disclosure Statement** (107.7 hours and $65,979.00 in fees). Time spent in this category was necessary for the formulation of the Debtor's forthcoming Plan of Reorganization and Disclosure Statement. Activities included the analysis and development

of strategy; the examination of financial reports; conferring with the Debtor regarding its financial reports and projections; analyzing the Debtor's historical financial performance; conferring with counsel and the Debtor with regard to the treatment of claims under alternative scenarios; as well as conferring with the Debtor and counsel on cash flow issues.

**(Tax) Tax Matters** (1.1 hour and $660.00 in fees). Time spent in this category was necessary and was in connection with payroll tax liability and its relation to the Debtor's cash balance.

**(T) Travel Without Working on Other Matters** (11.5 hours and $6,897.50 in fees). In order to conduct the work that Applicant has been instructed to conduct, Applicant has (with the exception of one billing entry in which time spent on other matters has been deducted from the travel time) traveled exclusively without working on other matters to various meetings; to Counsel's office for meetings and to examine documents; and to retrieve documents.

**Attached, as Exhibit "A"** hereto is a Fee Application Summary.

**Attached, as Exhibit "B"** hereto are detailed chronological billing statements for the application period. The amounts requested represent the firm's applicable billing rates.

**Attached, as Exhibit "C"** hereto are billings listed by category and then chronologically.

**Attached, as Exhibit "D"** is a summary itemization of expenses listed by the type and date incurred. The amounts requested for expenses are those customarily charged to non-bankruptcy clients of the Applicant. Expenses are limited to the actual amount paid by Applicant, with the exception of costs such as mileage, photocopies, etc; which are billed at rates allowed either by the Office of the United States Trustee or the Internal Revenue Service.

**Attached, as Exhibit "E"** is biographical information of CRA's staff that has billed time on this matter.

IV.

**WHEREFORE,** Applicant prays that the Court approve and award the requested fees of $50,000.00 and the reimbursement of $433.15 in costs for a total of $50,433.15; and that the Court authorizes Applicant to be paid out of the Debtor's estate as an administrative expense pursuant to Section 503 (b) (2) of the Bankruptcy Code; and that Applicant have such other and further relief as the court deems proper.

Respectfully submitted this 25th day of August 2015

CORPORATE RECOVERY ASSOCIATES, LLC

BY:/s/Richard Feferman
Richard Feferman, Certified Insolvency and Restructuring Advisor
Senior Managing Director
Corporate Recovery Associates, LLC
3830 Valley Center Drive, Suite 705-152
San Diego, CA 92130
(858) 792-7473

## DECLARATION OF RICHARD FEFERMAN

1. I am a Certified Insolvency and Restructuring Advisor, a Financial Analyst and the Senior Managing Director of Corporate Recovery Associates, LLC (interchangeably "Applicant" and "CRA"). I am the designated professional responsible for overseeing the billing in this matter and for assuring compliance with the Guidelines of the United States Trustee relating to billing. I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

2. I have reviewed the foregoing fee application. The fee application submitted by CRA reflects the actual fees of services rendered to the Debtor. The Application complies with the United States Trustee Guidelines.

I declare under penalty of that the foregoing is true and correct and that this Declaration was executed this 25th day of August 2015 in San Diego, California.

        /s/Richard Feferman
        Richard Feferman