1  Jeffrey D. Cawdrey (SBN:  120488)
   Megan M. Adeyemo (CO BN: 36271)(admitted *Pro Hac Vice)*
2  GORDON & REES LLP
3  101 W. Broadway
   Suite 2000
4  San Diego, CA  92101
   Telephone: (619) 696-6700
5  Facsimile: (619) 696-7124

6  Attorneys for Debtor
7  S.T. Moll, Inc. d/b/a Integrity Tire

8           **UNITED STATES BANKRUPTCY COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10                **RIVERSIDE DIVISION**

11 In re:                              ) CASE NO.  6:14-BK-12175-MJ
                                       )
12                                     ) Chapter 11
                                       )
13                                     ) **DECLARATION OF STEVEN W. MOLL**
   S.T. MOLL, INC.,                    ) **IN SUPPORT OF FINAL APPLICATION**
14 D/B/A INTEGRITY TIRE AUTO SERVICE   ) **OF CORPORATE RECOVERY**
   CENTER,                             ) **ASSOCIATES, LLC as FINANCIAL**
15                                     ) **ADVISOR TO THE DEBTOR FOR**
                                       ) **COMPENSATION AND**
16                                     ) **REIMBURSEMENT OF EXPENSES**
                                       )
17                   Debtor.           ) Date:   September 16, 2015
                                       ) Time:  1:30 p.m.
18                                     ) Courtroom: 301
                                       ) Judge:  Meredith A. Jury
19 _____ )

20

21        I, Steven W. Moll, hereby declare:

22        1.      I am the president, chief executive officer and secretary of S.T. Moll, Inc.

23 ("Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 proceeding.  I am

24 also the sole shareholder of Debtor.  I am responsible for the operational and financial

25 performance of Debtor.  The facts stated herein are within my personal knowledge, and, if called

26 upon to testify, I could and would competently testify thereto.

27        2.      This declaration is made in support of Corporate Recovery Associates, LLC's

28 Final Application of Corporate Recovery Associates, LLC as Financial Advisor to the Debtor for

**Gordon & Rees LLP**
101 W. Broadway, Suite 2000
San Diego, CA  92101

1    Compensation and Reimbursement of Expenses (the "Application").

2    　　　3.    I have reviewed the fees and expenses requested in the Application and approve

3    the request for compensation and reimbursement of expenses.

4    　　　I declare under penalty of perjury under the law of the state of California and the United

5    States of America that the foregoing statements are true and correct.  Executed this 26 day of

6    August, 2015 at _Hemet, CA_____.

7

8    _____
     Steven W. Moll

9

10

11

12

Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1094637/24775160v.1  28

- 2 -