Jeffrey D. Cawdrey (SBN 120488)
Megan M. Adeyemo (CO SBN 36721) (*Admitted Pro Hac Vice*)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:   (619) 696-6700
Facsimile:    (619) 696-7124

Attorneys for Debtor
S.T. Moll, Inc. d/b/a Integrity Tire

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>S.T. MOLL, INC.,<br>D/B/A INTEGRITY TIRE AUTO SERVICE CENTER,<br><br>            Debtor. | CASE NO. 6:14-BK-12175-MJ<br><br>CHAPTER 11<br><br>**DECLARATION OF SERVICE AND NON-RESPONSE TO FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES, LLC AS FINANCIAL ADVISOR TO THE DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date:   September 16, 2015<br>Time:   1:30 p.m.<br>Courtroom: 301<br>Judge: Meredith A. Jury |

I, Megan M. Adeyemo, hereby declare:

1.     I am a partner with the law firm Gordon & Rees LLP ("Applicant" or "G&R"), general bankruptcy counsel for S.T. Moll, Inc. (the "Debtor"). On August 26, 2015, G&R filed on behalf of Corporate Recovery Associates, LLC, financial advisor for Debtor, its Final Application for Compensation and Reimbursement of Expenses [Docket No. 296] (the "Application").

2.     On August 26, 2015, the Application was served in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules as set forth on the Proof of

Service filed with the Court, a copy of which can be found at Docket No. 301. The Proof of Service is attached hereto as **Exhibit A**.

3. On August 26, 2015, Debtor filed a Notice of Hearing on Application for Payment of Interim or Final Fees and/or Expenses Under 11 U.S.C. § 331 or § 330 [Docket No. 300] (the "Notice"). The Notice was served in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules as set forth on the Proof of Service[Docket No. 305]. A copy of the Notice is attached hereto as **Exhibit B** and a copy of the Proof of Service is attached hereto as **Exhibit C**.

4. The Notice stated that any objections or responses had to be filed with the Court and served on Debtor's counsel no less than fourteen days (14) prior to the hearing date. The hearing on the Application is set for September 16, 2015 at 1:30 p.m.

5. As of the date hereof, no responses or objection were filed with the Court or received by G&R.

6. Local Bankruptcy Rule 9013-1(h) provides as follows: **(h) Failure to File Required Papers.** Papers not timely filed and served may be deemed by the court to be consent to the granting or denial of the motion, as the case may be.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2015, at Denver, Colorado.

/s/ *Megan M. Adeyemo*
Megan M. Adeyemo

**Gordon & Rees LLP**
**101 West Broadway, Suite 2000**
**San Diego, CA  92101**

1094637/25018918v.1

- 2 -

DECLARATION OF SERVICE AND NON-RESPONSE TO FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES, LLC  FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

# EXHIBIT A

| In re:<br>S.T. MOLL, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | Case Number 6:14-bk-12175-MJ |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

555 17th Street, Suite 3400, Denver, CO 80202

A true and correct copy of the foregoing documents described as listed below will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

- **SECOND INTERIM AND FINAL APPLICATION OF GORDON & REES LLP, ATTORNEYS FOR S.T. MOLL, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2015 THROUGH AUGUST 19, 2015**

- **FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES, LLC as FINANCIAL ADVISOR TO THE DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

- **DECLARATION OF STEVEN W. MOLL IN SUPPORT OF FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES, LLC as FINANCIAL ADVISOR TO THE DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

- **DECLARATION OF STEVEN W. MOLL IN SUPPORT OF SECOND INTERIM AND FINAL APPLICATION OF GORDON & REES LLP, ATTORNEYS FOR S.T. MOLL, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2015 THROUGH AUGUST 19, 2015**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 26, 2015** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Everett L Green on behalf of U.S. Trustee United States Trustee (RS), everett.l.green@usdoj.gov
- Wayne R Terry on behalf of Interested Party Courtesy NEF, wterry@hemar-rousso.com
- United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov
- Vincent M. Coscino on behalf of Interested Party Courtesy NEF, vcoscino@allenmatkins.com, jaallen@allenmatkins.com
- Gary J. Holt on behalf of Gary J. Holt, centralecf@gmail.com, g2810@notify.cincompass.com
- Robert P. Goe on behalf of Premium Performance Enterprises, Inc., kmurphy@goeforlaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **August 26, 2015** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Overnight Mail**
Judge Meredith A. Jury
3420 Twelfth Street, Suite 325
Riverside, CA 92501-3819

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

**III. SERVED BY PERSONAL DELIVERY, TELEPHONIC NOTICE OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or by **telephonic notice** and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 26, 2015 | Monica Vela | /s/ Monica Vela |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1094637/24790381v.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

**EXHIBIT B**

| ttorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey D. Cawdrey (SBN: 120488)<br>Megan M. Adeyemo (CO SBN 36721) (Admitted Pro Hac Vice)<br>GORDON & REES LLP<br>101 West Broadway, Suite 2000<br>San Diego CA 92101<br>Telephone: 619-696-6700    Facsimile: 619-696-7124<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* S.T. Moll, Inc. d/b/a Integrity Tire | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>S.T. Moll, Inc.,<br>d/b/a Integrity Tire Auto Service Center<br><br><br><br>Debtor(s). | CASE NO.: 6:14-BK-12175-MJ<br><br>CHAPTER: 11<br><br>**NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF INTERIM OR FINAL FEES AND/OR EXPENSES UNDER 11 U.S.C. § 331 OR § 330** |
|---|---|

TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving the attached fee and/or expense application(s):

1. **Application Information**:    ☒ See attached page for information on additional applicants
   a. Name of Applicant *(specify)*: Gordon & Rees LLP
   b. Amount of fees requested: $85,046.00        c. Amount of costs requested: $2,219.49
   d. Address of Applicant *(specify)*: 101 West Broadway, Suite 2000, San Diego, CA 92101
   *(If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant)*

2. Hearing Date September 16, 2015    Time 1:30 p.m.    Courtroom 301    Floor _____
   ☐ 255 East Temple Street, Los Angeles, CA 90012    ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☒ 3420 Twelfth Street, Riverside, CA 92501

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 2016-1.1.NOTICE.HEARING.APP.FEES

3. **Deadline for Opposition Papers**: If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date. If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the application(s) and may approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4. **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date: <u>August 26, 2015</u>

<u>GORDON & REES LLP</u>
Print name of law firm


<u>/s/ Megan M. Adeyemo</u>
Signature

<u>Megan M. Adeyemo</u>
Print name of attorney for plaintiff or plaintiffs

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1             **F 2016-1.1.NOTICE.HEARING.APP.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

555 17th Street, Suite 2400, Denver CO 80202

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF INTERIM OR FINAL FEES AND/OR EXPENSES UNDER 11 U.S.C. § 331 OR § 330** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 6, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Everett L Green on behalf of U.S. Trustee United States Trustee (RS), everett.l.green@usdoj.gov
- Wayne R Terry on behalf of Interested Party Courtesy NEF, wterry@hemar-rousso.com
- United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov
- Vincent M. Coscino on behalf of Interested Party Courtesy NEF, vcoscino@allenmatkins.com, jaallen@allenmatkins.com
- Gary J. Holt on behalf of Gary J. Holt, centralecf@gmail.com, g2810@notify.cincompass.com
- Robert P. Goe on behalf of Premium Performance Enterprises, Inc., kmurphy@goeforlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 26, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 17, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

> Honorable Meredith A. Jury
> United States Bankruptcy Court
> Central District of California
> 3420 Twelfth Street, Suite 325 / Courtroom 301
> Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/26/2015 | Monica Vela | /s/ Monica Vela |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3                    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

Additional Applicant

Name:  Corporate Recovery Associates, LLC

Amount of Fees Requested:  $50,000.00

Amount of Expenses Requested:  $433.15

Address:  3830 Valley Center Drive, Suite 705-152
San Diego, CA 92130

1094637/24775094v.1    This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

# **EXHIBIT C**

| In re:<br>S.T. Moll, Inc.,<br>d/b/a Integrity Tire Auto Service Center<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 6:14-BK-12175-MJ |
|---|---|

# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

  555 Seventeenth Street, Suite 3400, Denver, Colorado 80202

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF INTERIM OR FINAL FEES AND/OR EXPENSES UNDER 11 U.S.C. § 331 OR § 330**(will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, only the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 2, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Everett L Green on behalf of U.S. Trustee United States Trustee (RS), everett.l.green@usdoj.gov
- Wayne R Terry on behalf of Interested Party Courtesy NEF, wterry@hemar-rousso.com
- United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov
- Vincent M. Coscino on behalf of Interested Party Courtesy NEF, vcoscino@allenmatkins.com, jaallen@allenmatkins.com
- Gary J. Holt on behalf of Gary J. Holt, centralecf@gmail.com, g2810@notify.cincompass.com
  Robert P. Goe on behalf of Premium Performance Enterprises, Inc., kmurphy@goeforlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **September 2, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** POS):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 2, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

  **VIA FEDEX**
  Honorable Meredith A. Jury
  United States Bankruptcy Court
  Central District of California
  3420 Twelfth Street, Suite 325 / Courtroom 301
  Riverside, CA 92501-3819

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2, 2015 | Monica Vela | /s/ Monica Vela |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1074442/20440488v.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:14-bk-12175-MJ<br>Central District Of California<br>Riverside<br>Wed Aug 26 16:05:17 PDT 2015 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Gordon & Rees LLP<br>101 W Broadway  Ste 2000<br>San Diego, CA 92101-8221 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Premium Performance Enterprises, Inc.<br>c/o Amar M. Hatti, Esq.<br>Fullerton Lemann Schaefer & Dominick<br>215 North D Street, Ste. 100<br>San Bernardino, CA 92401-1712 |
| S.T. MOLL, Inc.<br>3223 W. Florida Avenue<br>Hemet, CA 92545-3638 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819 |
| Aries & Lockwood<br>225 W. Hospitality Lane, Suite 314<br>San Bernardino, CA 92408-3246 | Bank of America N.A.,<br>PO Box 15796<br>Wilmington, DE 19886-5796 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| CALLAHAN AUTO SUPPLY INC<br>DBA NAPA AUTO PARTS<br>1323 W FLORIDA AVE<br>HEMET CA 92543-3911 | CR&R Wast Services<br>11292 Western Avenue<br>Stanton, CA 90680-2912 | City of Hemet<br>445 E. Florida Avenue<br>Hemet, CA 92543-4265 |
| City of San Bernadino<br>P.O. Box 710<br>San Bernardino, CA 92402-0710 | DS Water<br>5660 New Northside Drive<br>Suite 500<br>Atlanta, GA 30328-5826 | DSL West<br>P.O. Box 486<br>El Dorado Hills, CA 95762 |
| Dish Network<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112-5905 | Eastern Municipal Water District<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Employment Development Department<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Granite Village West L.P.<br>c/o Vincent M. Coscino, Esq.<br>Allen Matkins, et al.<br>1900 Main Street, Fifth Floor<br>Irvine, CA 92614-7317 | Granite Village West LP<br>c/o Athena Property Management<br>41 Corporate Park, Suite 260<br>Irvine, CA 92606-3105 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Katana Racing, Inc<br>dba Wholesale Tire Distributors<br>16201 Commerce Way<br>Cerritos CA 90703-2324 | Kathy Reed<br>30185 Morse Road<br>Hemet, CA 92544-9663 | L & M Tire Company, Inc.<br>1148 Industrial Avenue<br>Escondido, CA 92029-1422 |
| McClanahan's Tire Recycling (MTR)<br>8585 Banana Avenue<br>Fontana, CA 92335-3019 | NAPA Auto Parts<br>1323 W. Florida Avenue<br>Hemet, CA 92543-3911 | O'Reilly Automotive Stores Inc.<br>c/o  Zid & O'Biecunas LLP<br>14545 Victory Blvd Suite 404<br>Van Nuys CA 91411-4133 |

| | | |
|---|---|---|
| O'Reilly Automotive Stores, Inc.<br>PO Box 1156<br>Springfield, MO 65801-1156 | Premium Performance Enterprises Inc<br>1405 West Rialto Avenue<br>San Bernardino, CA 92410-1612 | SMS Financial LA, LLC<br>Attn: Jonathan Harris, Manager<br>6829 North 12th Street<br>Phoenix, AZ 85014-1109 |
| SMS Financial, LLC<br>6829 North 12th Street<br>Phoenix, AZ 85014-1109 | Service Distributing<br>72-232 Corporate Way<br>Thousand Palms, CA 92276-3325 | Southern California Edison<br>Attn: Bankruptcy<br>P.O. Box 800<br>Rosemead, CA 91770-0800 |
| State Board of Equalization<br>Special Operations Branch, MIC:55<br>PO Box 942879<br>Sacramento CA 94279-0055 | Stater Bros. Markets<br>P.O. Box 150<br>San Bernardino, CA 92402-0150 | Steven W. Moll<br>3223 W. Florida Avenue<br>Hemet, CA 92545-3638 |
| The Gas Company<br>SoCalGas<br>P.O. Box 3150<br>San Dimas, CA 91773-7150 | The Goodyear Tire & Rubber Company<br>1144 East Market Street<br>Akron, OH 44316-1001 | Top Priority Couriers, Inc.<br>1257 Columbia Avenue, Suite D-1<br>Riverside, CA 92507-2124 |
| United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 | Verizon Legal Compliance<br>Custodian of Record<br>TXD01613<br>P.O. Box 1001<br>San Angelo, TX 76902-1001 | Verizon Legal Compliance Custodian of Record<br>P.O. Box 1001<br>San Angelo, TX 76902-1001 |
| Wholesale Tire<br>16201 Commerce Way<br>Cerritos, CA 90703-2324 | Zide & O'Biecunas, LLP<br>14545 Victory Blvd.<br>Van Nuys, CA 91411-1620 | Gary J Holt<br>Law Ofcs. of Gary J. Holt<br>2356 Moore St.<br>Suite 104<br>San Diego, CA 92110-3018 |
| Jeffrey D Cawdrey<br>Gordon & Rees, LLP<br>101 W Broadway, Suite 2000<br>San Diego, CA 92101-8221 | Megan M Adeyemo<br>Gordon & Rees LLP<br>555 Seventeenth St Ste 3400<br>Denver, CO 80202-3937 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Board of Equalization<br>Special Taxes and Fees<br>P. O. Box 942879<br>Sacramento, CA 94279 | INTERNAL REVENUE SERVICE<br>STOP: INSOLVENCY<br>290 NORTH D STREET<br>SAN BERNARDINO, CA  92401-1734 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Corporate Recovery Associates, LLC

(u)Courtesy NEF

(d)Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101-8221

(u)Tri Business Services Inc dba The B.I.T. C

(d)DS Water
5660 New Northside Drive Suite 500
Atlanta, GA 30328-5826

(u)Jason B Binford


End of Label Matrix
Mailable recipients    49
Bypassed recipients     6
Total                  55

| In re:<br>S.T. MOLL, Inc., D/B/A INTEGRITY TIRE AUTO SERVICE CENTER<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 6:14-BK-12175-MJ |
|---|---|

Case 6:14-bk-12175-MJ    Doc 307    Filed 09/14/15    Entered 09/14/15 15:07:14    Desc
Main Document    Page 17 of 17

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

101 West Broadway, Suite 2000, San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*):

**DECLARATION OF SERVICE AND NON-RESPONSE TO FINAL APPLICATION OF CORPORATE RECOVERY ASSOCIATES, LLC AS FINANCIAL ADVISOR TO THE DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 14, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Everett L Green on behalf of U.S. Trustee United States Trustee (RS), everett.l.green@usdoj.gov
- Wayne R Terry on behalf of Interested Party Courtesy NEF, wterry@hemar-rousso.com
- United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov
- Vincent M. Coscino on behalf of Interested Party Courtesy NEF, vcoscino@allenmatkins.com, jaallen@allenmatkins.com
- Gary J. Holt on behalf of Gary J. Holt, centralecf@gmail.com, g2810@notify.cincompass.com
- Robert P. Goe on behalf of Premium Performance Enterprises, Inc., kmurphy@goeforlaw.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 14, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 14, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Meredith A. Jury, U.S. Bankruptcy Court, 3420 Twelfth Street, Suite 325, Courtroom 301, Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 14, 2015 | Jeanne Mydland-Evans | */s/ Jeanne Mydland-Evans* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1094637/22897124v.1

June 2012

**F 9013-3.1.PROOF.SERVICE**