Jeffrey D. Cawdrey (SBN: 120488)
Megan M. Adeyemo (CO BN: 36271)(admitted *Pro Hac Vice*)
GORDON & REES LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Debtor
S.T. Moll, Inc. d/b/a Integrity Tire

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>S.T. MOLL, INC.,<br>D/B/A INTEGRITY TIRE AUTO SERVICE CENTER,<br><br>                Debtor. | CASE NO. 6:14-BK-12175-MJ<br><br>Chapter 11<br><br>**NOTICE OF EFFECTIVE DATE OF PLAN OF REORGANIZATION**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 301<br>Judge: Meredith A. Jury |

      PLEASE TAKE NOTICE that the Court entered its Order Confirming Amended Plan of Reorganization Proposed by Debtor [Docket No. 289] (this "Confirmation Order") on August 19, 2015. Pursuant to the terms of S.T. Moll, Inc. d/b/a Integrity Tire Auto Service Center's ("Debtor") Amended Plan of Reorganization Proposed by Debtor [Docket No. 264] (the "Plan"), the Plan became effective on **September 30, 2015**.

      Copies of the Plan and Confirmation Order are available (a) upon submission of a written request to undersigned counsel for Debtor; (b) for a fee via PACER by visiting http://www.cacb.uscourts.gov/; or (c) in person at the United States Bankruptcy Court for the Central District of California, 3420 Twelfth Street, Riverside, California 92501.

1   **PLEASE TAKE FURTHER NOTICE** that all requests for allowance of an administrative claim must be filed and served so as to be actually received no later than **November 30, 2015**.

**PLEASE TAKE FURTHER NOTICE** that effective as of the Effective Date, except as otherwise provided in the Plan or Confirmation Order:  (a) treatment of all Claims is in full and final satisfaction, settlement, release, discharge, and termination of all Claims of any nature whatsoever, whether known or unknown, against Debtor, any property of the estate, the Reorganized Debtor or property of the Reorganized Debtor whether or not (i) a Proof of Claim based upon such Claim, debt, or right is filed or deemed filed pursuant to section 501 of the Bankruptcy Code, (ii) a Claim based upon such Claim, liability or obligation is allowed pursuant to section 502 of the Bankruptcy Code or (iii) the Holder of such a Claim, liability or obligation has accepted the Plan and (b) all entities are precluded from asserting against Debtor, the Estate, the Reorganized Debtor, their successors and assigns, and their assets and properties any other Claims based upon any documents, instruments, or any act or omission, transaction, or other activity of any kind or nature that occurred prior to the Effective Date

Dated:  October 5, 2015               GORDON & REES LLP


                                      By:   /s/ Megan M. Adeyemo
                                            Jeffrey D. Cawdrey
                                            Megan M. Adeyemo
                                            Attorneys for Debtor S.T. Moll, Inc.


CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States Bankruptcy Court using the CM/ECF system which will send notification to all counsel of record, and a copy has been mailed to all parties listed on the below mailing matrix this the 5th day of October, 2015.

                                      /s/ Megan M. Adeyemo
                                      Gordon & Rees LLP

Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:14-bk-12175-MJ<br>Central District Of California<br>Riverside<br>Mon Oct  5 09:55:17 PDT 2015 | Gordon & Rees LLP<br>101 W Broadway  Ste 2000<br>San Diego, CA 92101-8221 | Premium Performance Enterprises, Inc.<br>c/o Amar M. Hatti, Esq.<br>Fullerton Lemann Schaefer & Dominick<br>215 North D Street, Ste. 100<br>San Bernardino, CA 92401-1712 |
| S.T. MOLL, Inc.<br>3223 W. Florida Avenue<br>Hemet, CA 92545-3638 | Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819 | Aries & Lockwood<br>225 W. Hospitality Lane, Suite 314<br>San Bernardino, CA 92408-3246 |
| Bank of America N.A.,<br>PO Box 15796<br>Wilmington, DE 19886-5796 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | CALLAHAN AUTO SUPPLY INC<br>DBA NAPA AUTO PARTS<br>1323 W FLORIDA AVE<br>HEMET CA 92543-3911 |
| CR&R Wast Services<br>11292 Western Avenue<br>Stanton, CA 90680-2912 | City of Hemet<br>445 E. Florida Avenue<br>Hemet, CA 92543-4265 | City of San Bernadino<br>P.O. Box 710<br>San Bernardino, CA 92402-0710 |
| DS Water<br>5660 New Northside Drive<br>Suite 500<br>Atlanta, GA 30328-5826 | DSL West<br>P.O. Box 486<br>El Dorado Hills, CA 95762 | Dish Network<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112-5905 |
| Eastern Municipal Water District<br>P.O. Box 8300<br>Perris, CA 92572-8300 | Employment Development Department<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Granite Village West L.P.<br>c/o Vincent M. Coscino, Esq.<br>Allen Matkins, et al.<br>1900 Main Street, Fifth Floor<br>Irvine, CA 92614-7317 |
| Granite Village West LP<br>c/o Athena Property Management<br>41 Corporate Park, Suite 260<br>Irvine, CA 92606-3105 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Katana Racing, Inc<br>dba Wholesale Tire Distributors<br>16201 Commerce Way<br>Cerritos CA 90703-2324 |
| Kathy Reed<br>30185 Morse Road<br>Hemet, CA 92544-9663 | L & M Tire Company, Inc.<br>1148 Industrial Avenue<br>Escondido, CA 92029-1422 | McClanahan's Tire Recycling (MTR)<br>8585 Banana Avenue<br>Fontana, CA 92335-3019 |
| NAPA Auto Parts<br>1323 W. Florida Avenue<br>Hemet, CA 92543-3911 | O'Reilly Automotive Stores Inc.<br>c/o  Zid & O'Biecunas LLP<br>14545 Victory Blvd Suite 404<br>Van Nuys CA 91411-4133 | O'Reilly Automotive Stores, Inc.<br>PO Box 1156<br>Springfield, MO 65801-1156 |
| Premium Performance Enterprises Inc<br>1405 West Rialto Avenue<br>San Bernardino, CA 92410-1612 | SMS Financial LA, LLC<br>Attn: Jonathan Harris, Manager<br>6829 North 12th Street<br>Phoenix, AZ 85014-1109 | SMS Financial, LLC<br>6829 North 12th Street<br>Phoenix, AZ 85014-1109 |

| | | |
|---|---|---|
| Service Distributing<br>72-232 Corporate Way<br>Thousand Palms, CA 92276-3325 | Southern California Edison<br>Attn: Bankruptcy<br>P.O. Box 800<br>Rosemead, CA 91770-0800 | State Board of Equalization<br>Special Operations Branch, MIC:55<br>PO Box 942879<br>Sacramento CA 94279-0055 |
| Stater Bros. Markets<br>P.O. Box 150<br>San Bernardino, CA 92402-0150 | Steven W. Moll<br>3223 W. Florida Avenue<br>Hemet, CA 92545-3638 | The Gas Company<br>SoCalGas<br>P.O. Box 3150<br>San Dimas, CA 91773-7150 |
| The Goodyear Tire & Rubber Company<br>1144 East Market Street<br>Akron, OH 44316-1001 | Top Priority Couriers, Inc.<br>1257 Columbia Avenue, Suite D-1<br>Riverside, CA 92507-2124 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 |
| Verizon Legal Compliance<br>Custodian of Record<br>TXD01613<br>P.O. Box 1001<br>San Angelo, TX 76902-1001 | Verizon Legal Compliance Custodian of Record<br>P.O. Box 1001<br>San Angelo, TX 76902-1001 | Wholesale Tire<br>16201 Commerce Way<br>Cerritos, CA 90703-2324 |
| Zide & O'Biecunas, LLP<br>14545 Victory Blvd.<br>Van Nuys, CA 91411-1620 | Gary J Holt<br>Law Ofcs. of Gary J. Holt<br>2356 Moore St.<br>Suite 104<br>San Diego, CA 92110-3018 | Jeffrey D Cawdrey<br>Gordon & Rees, LLP<br>101 W Broadway, Suite 2000<br>San Diego, CA 92101-8221 |
| Megan M Adeyemo<br>Gordon & Rees LLP<br>555 Seventeenth St Ste 3400<br>Denver, CO 80202-3937 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Board of Equalization<br>Special Taxes and Fees<br>P. O. Box 942879<br>Sacramento, CA 94279 | INTERNAL REVENUE SERVICE<br>STOP: INSOLVENCY<br>290 NORTH D STREET<br>SAN BERNARDINO, CA 92401-1734 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Corporate Recovery Associates, LLC | (u)Courtesy NEF | (d)Gordon & Rees LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101-8221 |

(u)Tri Business Services Inc dba The B.I.T. C

(d)DS Water
5660 New Northside Drive Suite 590
Atlanta, GA 30328-5826

(u)Jason B Binford

End of Label Matrix
Mailable recipients    45
Bypassed recipients     6
Total                  51